**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Anibal Gutama
Plaintiff(s),

vs.

Whitestone Air Inc., et al
Defendant(s).

ATTORNEY: LAW OFFICES OF YALE POLLACK, P.C.

CIVIL ACTION NO.: 1:23-CV-02802-ENV-PK

DATE OF FILING: 04/14/2023

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau   ss:

I, Viktor Barabash, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **04/22/2023** at **9:43 AM** at **149-44 15th Drive, Whitestone, NY 11357**,
Deponent served the **Summons in a Civil Action, Civil Complaint** upon **Konstantina Biscardi a/k/a Konstantina Tegerides**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By affixing and taping a true copy to the entrance door of said property, which is defendants/respondents/recipients actual place of abode, dwelling place or usual place of abode within the state. Deponent was unable with due diligence to find defendant/respondent/recipient or a person of suitable age and discretion thereat having attempted service at said address on the following dates and times; 04/20/2023 9:15 AM, 04/21/2023 7:37 AM, 04/22/2023 9:43 AM
I RANG BELL/KNOCKED ON DOOR AND THERE WAS NO ANSWER ON ALL ATTEMPTS OF SERVICE.

On **04/24/2023**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient last known place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
April 25 2023

Viktor Barabash
License No. 2110658

-----

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025