## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

Purchased/Filed: April 14, 2023  
Civil Action No.: 1:23-cv-02802-

*Anibal Gutama* — Plaintiff(s)

against

*Whitestone Air Inc., et al* — Defendant(s)

STATE OF NEW YORK  
COUNTY OF Nassau    SS.:

_____Juliya Maiouchkina_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____April 26, 2023____, at __9:18 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Civil Complaint

on ____Whitestone Air Inc.____, the Defendant in this action, by delivering to and leaving with ____Sue Zouky____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.

__2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section 306 Business Corporation Law of NYS.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __69__   Approx. Wt: __115 lbs__   Approx. Ht: __5'3"__  
Color of skin: __White__   Hair color: __Gray__   Sex: __Female__   Other: _____

Sworn to before me on this  
__26th__ day of April 2023

ALEXANDER JAMES  
NOTARY PUBLIC, STATE OF NEW YORK  
REGISTRATION NO. 01JA6029931  
QUALIFIED IN NASSAU COUNTY  
COMMISSION EXPIRES AUGUST 30, 2025

Juliya Maiouchkina  
**Attny's File No.**  
Invoice•Work Order # 1674678

**EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#**