UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ANIBAL GUTAMA,

                              Plaintiff,

    -against-

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                             Defendants.
------------------------------------------------------------------------------X

Civil Action No.:
23-CV-2802-ENV-PK

**DECLARATION**
**FOR CERTIFICATE**
**OF DEFAULT**

I, Yale Pollack, declare under penalty of perjury, and pursuant to 28 U.S.C. §1746, that the following is true and accurate:

1.    I am the principal of the Law Offices of Yale Pollack, P.C., attorneys for Plaintiff Anibal Gutama ("Plaintiff"). As such, I have personal knowledge of the facts set forth herein.

2.    This Declaration is respectfully submitted against Defendants Whitestone Air Inc. ("Whitestone"), Konstantina Biscardi a/k/a Konstantina Tegerides ("Konstantina") and Michael Tegerides ("Michael") (collectively "Defendants").

3.    This action was filed under the Fair Labor Standards Act and New York Labor law by the filing of a Complaint on April 14, 2023. ECF No. 1.

4.    On April 14, a Summons was issued to Defendants. ECF No. 4.

5.    On April 25, 2023, an Affidavit of Service was filed with the Court demonstrating that Konstantina was served with process on April 22, 2023, providing her until May 15, 2023 to respond to the Complaint. ECF No. 6.

2

6. On April 25, 2023, an Affidavit of Service was filed with the Court demonstrating that Michael was served with process on April 22, 2023, providing him until May 15, 2023 to respond to the Complaint. ECF No. 7.

7. On April 26, 2023, an Affidavit of Service was filed with the Court demonstrating that Whitestone was served with process via the Secretary of State on April 26, 2023, providing it until May 17, 2023 to respond to the Complaint. ECF No. 8.

8. Konstantina and Michal are not infants or incompetents and are presently not presently in the military service of the United States from the facts in this litigation.

Dated: June 8, 2023
       Syosset, New York

*/s/ Yale Pollack*
**YALE POLLACK**