

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

July 5, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   *Re: Gutama v. Whitestone Air Inc. et al*
     *Eastern District Case No.: 23-cv-02802-ENV-PK*

Dear Magistrate Kuo:

  This office represents the Plaintiff in the above-referenced matter. Pursuant to the Court's July 3, 2023 Order, this office hereby advises that it intends to file the motion for the default judgment on behalf of Plaintiff by August 18, 2023.

  Should the Court need any additional information to consider this request, we will promptly provide same. Thank you for your time and courtesies.

           Respectfully submitted,
           Law Offices of Yale Pollack, P.C.

           */s/ Yale Pollack*
           Yale Pollack, Esq.

cc: All Counsel (via ECF)