

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

August 15, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    *Gutama v. Whitestone Air Inc. et al***
> ***Eastern District Case No.: 23-cv-02802-ENV-PK***

Dear Magistrate Kuo:

This office represents the Plaintiff in the above-referenced matter. Due to upcoming conflicts with the undersigned's schedule, as well as to give Plaintiff time to review his papers, Plaintiff respectfully requests an additional thirty days to submit his default motion against Defendants until September 15, 2023.

Should the Court need any additional information to consider this request, we will promptly provide same. Thank you for your time and courtesies.

Respectfully submitted,
Law Offices of Yale Pollack, P.C.

*/s/ Yale Pollack*
Yale Pollack, Esq.