

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

September 12, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*    *Gutama v. Whitestone Air Inc. et al*
               *Eastern District Case No.: 23-cv-02802-ENV-PK*

Dear Magistrate Kuo:

      This office represents the Plaintiff in the above-referenced matter. I write to provide an update regarding this matter as I was contacted by one of the individual defendants, who advised that their attorney will be filing a notice of appearance in the action and seeking to answer. Rather than continue with a default motion at this time, which is currently due this Friday, September 15, 2023, in order to save judicial time and resources, I respectfully request that the Court adjourn the deadline for the default judgment for approximately one month until October 20, 2023 for Plaintiff to file his default motion if Defendants do not appear by that date.

      Should the Court need any additional information to consider this request, we will promptly provide same. Thank you for your time and courtesies.

                              Respectfully submitted,
                              Law Offices of Yale Pollack, P.C.

                              */s/ Yale Pollack*
                              Yale Pollack, Esq.