

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

October 18, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:    Gutama v. Whitestone Air Inc. et al*
            *Eastern District Case No.: 23-cv-02802-ENV-PK*

Dear Magistrate Kuo:

      This office represents the Plaintiff in the above-referenced matter. Following on my prior letter, I am writing to provide a brief update to this Court to request additional time to submit the default papers. One of the individual defendants has been in contact with me advising that her attorney is going to be filing a notice of appearance in the action. A present, Plaintiff's default is due by this Friday, October 20, 2023. In order to save potential judicial time and resources, I respectfully request that the Court adjourn the deadline for the default judgment for a little more than one month until December 1, 2023 for Plaintiff to file his default motion if Defendants do not appear by that date.

      Should the Court need any additional information to consider this request, we will promptly provide same. Thank you for your time and courtesies.

                                    Respectfully submitted,
                                    Law Offices of Yale Pollack, P.C.

                                    */s/ Yale Pollack*
                                    Yale Pollack, Esq.