UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANIBAL GUTAMA,                                                    Civil Action No.:
                                                                  23-CV-2802-ENV-PK
                                    Plaintiff,

                 -against-                                 **NOTICE OF MOTION FOR**
                                                                           **<u>DEFAULT JUDGMENT</u>**

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                                  Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon the declarations of Yale Pollack and Plaintiff Anibal Gutama, the memorandum of law, and all prior pleadings and proceedings, Plaintiff, by and through his attorneys, Law Offices of Yale Pollack, P.C., will move for a default judgment pursuant to Fed. R. Civ. P. 55(b) against Defendants Whitestone Air Inc., Konstantina Biscardi a/k/a Konstantina Tegerides, and Michael Tegerides, for the reasons set forth in the aforementioned documents before the Honorable Judge Eric N. Vitaliano at United States District Court, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time fixed by the Court.

Dated:   November 17, 2023
            Syosset, New York

                                                  Respectfully submitted,
                                                  **LAW OFFICES OF YALE POLLACK, P.C.**

                                                  */s/ Yale Pollack*
                                                        Yale Pollack, Esq.
                                                 66 Split Rock Road
                                                 Syosset, New York 11791
                                               (516) 634-6340
                                               *Attorneys for Plaintiff*