# EXHIBIT "A"

**Gutama v. Whitestone Air et al.**

| Period Covered | Weeks in Period | Total Hours | OT Hours | Pay Rate | OT Rate | Weekly Pay | Proper Pay | Differential | Exposure |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2018 - 12/31/2018 | 32 | 50 | 10 | $ 22.50 | $ 33.75 | $ 900.00 | $ 1,237.50 | $ 337.50 | $ 10,800.00 |
| 1/1/2019 - 12/31/2019 | 52 | 50 | 10 | $ 22.50 | $ 33.75 | $ 900.00 | $ 1,237.50 | $ 337.50 | $ 17,550.00 |
| 1/1/2020 - 12/31/2020 | 52 | 50 | 10 | $ 22.50 | $ 33.75 | $ 900.00 | $ 1,237.50 | $ 337.50 | $ 17,550.00 |
| 1/1/2021 - 12/31/2021 | 52 | 50 | 10 | $ 22.50 | $ 33.75 | $ 900.00 | $ 1,237.50 | $ 337.50 | $ 17,550.00 |
| 1/1/2022 - 11/30/2022 | 48 | 50 | 10 | $ 22.50 | $ 33.75 | $ 900.00 | $ 1,237.50 | $ 337.50 | $ 16,200.00 |
|  |  |  |  |  |  |  |  |  | $ 79,650.00 |

| | | | | | |
|---|---|---|---|---|---|
| NYLL 195(1) | $5,000 | | | L/D | $ 79,650.00 |
| NYLL 195(3) | $5,000 | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | 5/1/2018 | TOTAL | $192,631.99 |  |
|  |  | 11/30/2022 |  |  |  |
| Prejudg. Interest | Mid-Date | 8/15/2020 |  |  |  |
|  | Today's Date | 11/16/2023 |  |  |  |
| $ 19.64 | Days | 1188 |  |  |  |
| $ 23,331.99 |  |  |  |  |  |