# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANIBAL GUTAMA,                                                          Civil Action No.:
                                                                                 23-CV-2802-ENV-PK

                                     Plaintiff,

        -against-

                                                                                    **JUDGMENT**

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                                       Defendants.
------------------------------------------------------------------------X

        This action having been commenced on Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants Whitestone Air Inc. ("Whitestone"), Konstantina Biscardi a/k/a Konstantina Tegerides ("Biscardi") and Michael Tegerides ("Tegerides") (collectively "Defendants"),

        A copy of the Summons issued by the Clerk of Court to Defendant Whitestone (*ECF No. 2*), and a copy of the Complaint were served on Defendant Whitestone. The Affidavit of Service reflecting service upon Whitestone was filed with the Court on April 26, 2023 (*ECF No. 8*).

        A copy of the Summons issued by the Clerk of Court to Defendant Biscardi (*ECF No. 3*) and a copy of the Complaint were served on Defendant Biscardi. The Affidavit of Service reflecting service upon Defendant Biscardi was filed with the Court on April 25, 2023 (*ECF No. 6*).

        A copy of the Summons issued by the Clerk of Court to Defendant Tegerides (*ECF No. 4*) and a copy of the Complaint were served on Defendant Tegerides. The Affidavit of

Service reflecting service upon Defendant Tegerides was filed with the Court on April 25, 2023 (*ECF No. 7*).

Defendants have failed to appear or respond to the Complaint by filing an answer or motion.

A Clerk's Certificate of Default was entered by the Clerk of Court for each of the Defendants, and noting each Defendant's default (*ECF No. 10*). The time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff has judgment against Defendants, jointly and severally, in the amount of $196,663.99, made up of $79,650.00 in unpaid wages, $79,650.00 in liquidated damages under the Fair Labor Standards Act and New York Labor Law ("NYLL"), $10,000.00 in notice damages under the NYLL, $23,331.99 in pre-judgement interest, plus in attorney fees of $3,420.00 and $612.00 in costs.

Dated: _____, 2023
       Brooklyn, New York

_____
UNITED STATES DISTRICT JUDGE