# EXHIBIT "D"

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Purchased/Filed: April 14, 2023
Civil Action No.: 1:23-cv-02802-

*Anibal Gutama*  — Plaintiff(s)

against

*Whitestone Air Inc., et al*  — Defendant(s)

STATE OF NEW YORK
COUNTY OF Nassau     SS.:

Juliya Maiouchkina, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on April 26, 2023, at 9:18 AM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Civil Complaint on Whitestone Air Inc., the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.  2  true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40  dollars; That said service was made pursuant to Section 306 Business Corporation Law of NYS.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 69   Approx. Wt: 115 lbs   Approx. Ht: 5'3"
Color of skin: White   Hair color: Gray   Sex: Female   Other:

Sworn to before me on this
26th day of April 2023

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Juliya Maiouchkina
**Attny's File No.**
Invoice•Work Order # 1674678

**EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Anibal Gutama<br>Plaintiff(s), | ATTORNEY: LAW OFFICES OF YALE POLLACK, P.C. |
| vs. | CIVIL ACTION NO.: 1:23-CV-02802-ENV-PK |
| Whitestone Air Inc., et al<br>Defendant(s). | DATE OF FILING: 04/14/2023 |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Viktor Barabash, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **04/22/2023** at **9:43 AM** at **149-44 15th Drive, Whitestone, NY 11357**,
Deponent served the **Summons in a Civil Action, Civil Complaint** upon **Konstantina Biscardi a/k/a Konstantina Tegerides**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By affixing and taping a true copy to the entrance door of said property, which is defendants/respondents/recipients actual place of abode, dwelling place or usual place of abode within the state. Deponent was unable with due diligence to find defendant/respondent/recipient or a person of suitable age and discretion thereat having attempted service at said address on the following dates and times; 04/20/2023 9:15 AM, 04/21/2023 7:37 AM, 04/22/2023 9:43 AM
I RANG BELL/KNOCKED ON DOOR AND THERE WAS NO ANSWER ON ALL ATTEMPTS OF SERVICE.

On **04/24/2023**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient last known place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

April __25__ 2023

Viktor Barabash
License No. 2110658

------------------------------------------------------------
ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1674679

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Anibal Gutama
Plaintiff(s),

vs.

Whitestone Air Inc., et al
Defendant(s).

ATTORNEY: LAW OFFICES OF YALE POLLACK, P.C.

CIVIL ACTION NO.: 1:23-CV-02802-ENV-PK

DATE OF FILING: 04/14/2023

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau   ss:

I, Viktor Barabash, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **4/22/2023** at **9:43 AM** at **149-44 15th Drive, Whitestone, NY 11357**,
Deponent served the **Summons in a Civil Action, Civil Complaint** upon **Michael Tegrerides**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By affixing and taping a true copy to the entrance door of said property, which is defendants/respondents/recipients actual place of abode, dwelling place or usual place of abode within the state. Deponent was unable with due diligence to find defendant/respondent/recipient or a person of suitable age and discretion thereat having attempted service at said address on the following dates and times; 04/20/2023 9:15 AM, 04/21/2023 7:37 AM, 04/22/2023 9:43 AM
I RANG BELL/KNOCKED ON DOOR AND THERE WAS NO ANSWER ON ALL ATTEMPTS OF SERVICE.

On **4/24/2023**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient last known place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
April 25 2023

Viktor Barabash
License No. 2110658

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1674680