# EXHIBIT "E"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANIBAL GUTAMA,

                Plaintiff,

-     against  –                              23-CV-2802-ENV-PK

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and                 **CERTIFICATE OF DEFAULT**
MICHAEL TEGERIDES

                Defendants.
-----------------------------------------------------------X

       I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants WHITESTONE AIR INC., KONSTANTINA BISCARDI a/k/a KONSTANTINA TEGERIDES, and MICHAEL TEGERIDES have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants WHITESTONE AIR INC., KONSTANTINA BISCARDI a/k/a KONSTANTINA TEGERIDES, and MICHAEL TEGERIDES is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York            BRENNA B. MAHONEY, Clerk of the Court
       June 12, 2023                            By: ___*Jalitza Poveda*___
                                                       Deputy Clerk