

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

July 10, 2024

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Gutama v. Whitestone Air Inc. et al*
                 *Eastern District Case No.: 23-cv-02802-ENV-PK*

Dear Magistrate Kuo:

      This office represents the Plaintiff in the above-referenced matter. On July 3, 2024, the Court issued an Order with respect to Plaintiff's motion for a default and advising that additional information must be provided to the Court to consider the motion. The undersigned just returned from vacation and is the process of attempting to gather the additional information/documentation required by the Court. Accordingly, Plaintiff requests a one week extension until July 19, 2024 to provide the supplemental papers to the Court.

      Should the Court need any additional information to consider this request, we will promptly provide same. Thank you for your time and courtesies.

                                                  Respectfully submitted,
                                                  Law Offices of Yale Pollack, P.C.

                                                  */s/ Yale Pollack*
                                                  Yale Pollack, Esq.