UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANIBAL GUTAMA,                                          Civil Action No.:
                                                                            23-CV-2802-ENV-PK
                                        Plaintiff,

                          -against-                                     **CERTIFICATE**
                                                                         **OF SERVICE**

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                                      Defendants.
------------------------------------------------------------------------X

       I HEREBY CERTIFY that on July 10, 2024, I, Yale Pollack, Esq., served a copy of Plaintiff's Notice of Motion for a Default Judgment, with the accompanying papers, via first-class mail, upon the following, being the last known business address and last known residence of Defendants:

            Whitestone Air Inc.
            149-44 15th Drive
            Whitestone, New York 11357

            Konstantina Biscardi a/k/a Konstantina Tegerides
            149-44 15th Drive
            Whitestone, New York 11357

            Michael Tegerides
            149-44 15th Drive
            Whitestone, New York 11357

Dated: July 10, 2024
        Syosset, New York

                                                   */s/ Yale Pollack*
                                                   YALE POLLACK