UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANIBAL GUTAMA,                                          Civil Action No.:
                                                        23-CV-2802-ENV-PK
                        Plaintiff,

        -against-                                       **DECLARATION
                                                        IN SUPPORT**

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                        Defendants.
------------------------------------------------------------------------X

   I, Yale Pollack, declare under penalty of perjury, and pursuant to 28 U.S.C. §1746, that the following is true and accurate:

   1.  I am the principal of the Law Offices of Yale Pollack, P.C., attorneys for Plaintiff Santiago Catalan ("Plaintiff"). As such, I have personal knowledge of the facts set forth herein.

   2.  I respectfully submit this Declaration in support of Plaintiff's motion for a default judgment against Defendants. Specifically, this Declaration is submitted to provide the supplemental materials requested by the Court in its July 3, 2024 Order (the "Order").

   3.  On July 10, 2024, pursuant to the Order, the undersigned served a copy of the default motion with supporting papers upon Defendants at their last known residence and place of business, being 149-44 15th Drive, Whitestone, New York, 11357. *ECF No. 18.*

   4.  The address listed is the one contained on the Secretary of State's website, which also appears to be a personal residence of the individual defendants based on additional research, including Google maps. Plaintiff is not aware of any other addresses for Defendants.

   5.  Plaintiff has also performed an investigation as to whether the individual defaulting parties are in the military. After entering performing research, including entering their names into

the database https://scra.dmdc.osd.mil/scra/#/home, no results came up for the individual defendants being in the military.

6. Finally, I am annexing as Exhibit "1" the contemporaneous time records to support the claim for attorneys' in this action, as per the Court's Order.

7. I declare under penalty of perjury that the foregoing is true and accurate.

Dated: July 18, 2024
Syosset, New York

*/s/ Yale Pollack*
**YALE POLLACK**

| Date | User | Matter Number | Work Type | Description | Actual | Billable |
|---|---|---|---|---|---|---|
| 11/16/2023 | Yale Pollack | 2023-00273-Gutama v. Whitestone Air | Draft | Draft plaintiff's motion for a default judgment | 2 | 2 |
| 4/14/2023 | Yale Pollack | 2023-00273-Gutama v. Whitestone Air | Draft | Finalize the Complaint for filing with the Court; draft Civil Cover Sheet and Proposed Summonses; finalize and file opening case documents with the Court | 1.8 | 1.8 |
| 4/4/2023 | Yale Pollack | 2023-00273-Gutama v. Whitestone Air | Draft | Review file, including notes, cancelled checks, work orders and other documents from the client to prepare the Complaint; draft Complaint based on the information and documents provided by the client; correspondence with the client re: draft of the Complaint for review and approval for filing | 3.8 | 3.8 |
| TOTAL | | | | | 7.6 | 7.6 |