UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ANIBAL GUTAMA,                                 Civil Action No.:
                                                                         23-CV-2802-ENV-PK

                               Plaintiff,

                      -against-                                    **CERTIFICATE**
                                                                          **<u>OF SERVICE</u>**

WHITESTONE AIR INC., KONSTANTINA BISCARDI
a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGERIDES,

                               Defendants.
-----------------------------------------------------------------------------X

       I HEREBY CERTIFY that on August 23, 2024, I, Yale Pollack, Esq., served a copy of the Court's Report and Recommendation (ECF No. 21), via first-class mail, upon the following, being the last known business address and last known residence of Defendants:

         Whitestone Air Inc.
         149-44 15th Drive
         Whitestone, New York 11357

         Konstantina Biscardi a/k/a Konstantina Tegerides
         149-44 15th Drive
         Whitestone, New York 11357

         Michael Tegerides
         149-44 15th Drive
         Whitestone, New York 11357

Dated:  August 23, 2024
          Syosset, New York

                                                            */s/ Yale Pollack*
                                                            YALE POLLACK