UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANIBAL GUTAMA,

                              Plaintiff,

      -against-

WHITESTONE AIR INC., KONSTANTINA
BISCARDI a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGRERIDES,

                              Defendants.
-----------------------------------------------------------------X

**Case No.: 1:23-cv-2802 (ENV) (PK)**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Jamaica, New York
         March 16, 2025

                                       Respectfully submitted,
                                       **SAGE LEGAL LLC**
                                       By:  */s/ Emanuel Kataev, Esq.*
                                       Emanuel Kataev, Esq.
                                       18211 Jamaica Avenue
                                       Jamaica, NY 11423-2327
                                       (718) 412-2421 (office)
                                       (917) 807-7819 (cellular)
                                       (718) 489-4155 (facsimile)
                                       emanuel@sagelegal.nyc

                                       *Attorneys for Defendants*
                                       *Whitestone Air Inc.,*
                                       *Konstantina Biscardi, and*
                                       *Michael Tegrerides*

**VIA ECF**
Law Offices of Yale Pollack, P.C.
<u>Attn</u>: Yale Pollack, Esq.
66 Split Rock Road
Syosset, NY 11791
ypollack@yalepollacklaw.com

*Attorneys for Plaintiff*
*Anibal Gutama*