UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANIBAL GUTAMA,

                               Plaintiff,

    -against-

WHITESTONE AIR INC., KONSTANTINA
BISCARDI a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGRERIDES,

                               Defendants.
-----------------------------------------------------------------X

**Case No.: 1:23-cv-2802 (ENV) (PK)**

**ORDER TO SHOW CAUSE**

      Upon the annexed Complaint, the declarations of Konstantina Biscardi and Michael Tegrerides, and the annexed Memorandum of Law in support,

      **LET** the Plaintiff, Anibal Gutama, and his counsel show cause before the Hon. Eric N. Vitaliano, U.S.D.J., of this Court to be held at the courthouse thereof, located at 225 Cadman Plaza East, Courtroom 4C South, Brooklyn, NY 11201-1804, on the _____ day of _____, 2025 at ____ o'clock in the _____ noon of that day, or as soon thereafter as counsel can be heard, why an Order should not be issued pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"):

      (a)    vacating the default judgment entered against Defendants Whitestone Air Inc., Konstantina Biscardi a/k/a Konstantina Tegerides, And Michael Tegerides on November 22, 2024;

      (b)    vacating and lifting all restraining notices issued against Defendants;

      (c)    returning to Defendants all funds restrained and executed upon from Defendants' bank accounts or assets in connection with the November 22, 2024 default judgment;

(d) staying any further judgment enforcement action; and

(e) granting such other and further relief that this Court deems just, equitable, and proper; and it is further

**ORDERED**, that pending the hearing and determination of this application, and further order of this Court:

(a) all restraints upon Defendants' bank accounts shall be lifted;

(b) all sums executed upon from Defendants' bank accounts or assets in connection with the November 22, 2024 default judgment shall be returned to Long Island Motors;

(c) the Plaintiff and/or his agents and any persons or entities acting in concert with her, are hereby enjoined from taking any further action to enforce the November 22, 2024 default judgment; and

(d) Defendants may continue to operate in the normal course of their business; and it is further

**ORDERED** that service of a copy of this Order, along with the papers upon which it is based, shall be made upon Plaintiff via CM/ECF, and such service shall be deemed good and sufficient; and it is further

**ORDERED** that answering papers, if any, shall be served on Defendants' counsel, Emanuel Kataev, Esq., Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY 11423-2327, via CM/ECF on or before the _____ day of _____, 2025; and it is further

**ORDERED** that reply papers, if any, shall be electronically filed and served on Plaintiff's counsel on or before the _____ day of _____, 2025 via CM/ECF.

Dated:                                              **SO ORDERED:**


                                                   _____
                                                   Eric N. Vitaliano, U.S.D.J.