AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Gutama ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-02802-ENV-PK |
| Whitestone Air Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 03/17/2025

/s/ Jesse S. Barton
*Attorney's signature*

Jesse S. Barton [JB 1166]
*Printed name and bar number*

CSM Legal, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
*Address*

jbarton@csm-legal.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 317-1620
*FAX number*