# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 28, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

      *Re:*    **Gutama v. Whitestone Air, Inc.,** *et al.*
               **Case No.: 1:23-cv-2802 (ENV) (PK)**

Dear Judge Vitaliano:

    This office represents the Defendants in the above referenced case. Sage Legal LLC writes with regret to respectfully move to withdraw as counsel pursuant to Local Civil Rule ("LCR") 1.4(b). Annexed hereto is an declaration as required by the LCR.

    Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       March 28, 2025                    Respectfully submitted,

                                           **SAGE LEGAL LLC**
                                           */s/ Emanuel Kataev, Esq.*
                                           Emanuel Kataev, Esq.
                                           18211 Jamaica Avenue
                                           Jamaica, NY 11423-2327
                                           (718) 412-2421 (office)
                                           (917) 807-7819 (cellular)
                                           (718) 489-4155 (facsimile)
                                           emanuel@sagelegal.nyc

                                           *Attorneys for Defendants*
                                           *Whitestone Air Inc.,*
                                           *Konstantina Biscardi, and*
                                           *Michael Tegerides*

**VIA ECF**
Law Offices of Yale Pollack, P.C.
<u>Attn</u>: Yale Pollack, Esq.
66 Split Rock Road
Syosset, NY 11791
ypollack@yalepollacklaw.com

*Attorneys for Plaintiff*
*Anibal Gutama*