UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANIBAL GUTAMA,

                        Plaintiff,

-against-

WHITESTONE AIR INC., KONSTANTINA
BISCARDI a/k/a KONSTANTINA TEGERIDES, and
MICHAEL TEGRERIDES,

                        Defendants.
-----------------------------------------------------------------X

**Case No.: 1:23-cv-2802 (ENV) (PK)**

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF LETTER MOTION TO <u>WITHDRAW AS COUNSEL</u>**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC ("Sage"), who are the attorneys for the Defendants in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On Friday, March 28, 2025, I caused Defendants' letter motion to withdraw as counsel (ECF Docket Entry 30) and my declaration in support (ECF Docket Entry 31) to be sent via certified mail to the Defendants at their last known address.

4. Evidence for the foregoing mailing is annexed hereto as **Exhibit "A."**

I declare under penalty of perjury that the foregoing is true and correct.   Executed on March 28, 2025.

                                                                        */s/ Emanuel Kataev, Esq.*
                                                                        Emanuel Kataev, Esq.