# Emanuel Kataev

| | |
|---|---|
| **From:** | The Mail Drop <mailserver@notify.postalmate.net> |
| **Sent:** | Friday, March 28, 2025 5:12 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Shipment Receipt from The Mail Drop |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

### e-Receipt

```
Mail Drop Corp
64-31 108th st.
Forest Hills NY 11375
718 275 2203


Shipment--------------------
   USPS First Class Mail
   Ship To:
       Whitestone Air Inc.
       14944 15TH DR
       WHITESTONE, NY 11357-2534
   Package ID: 403719             7.76
   Tracking #:   9407111899560336488671
   Actual Wt: 0 lbs 1.0 ozs
   Rating Wt: 0.06 lbs
   Certified              [$6.50]
Shipment--------------------
   USPS First Class Mail
   Ship To:
       Konstantina Biscardi a/k/a Konstantina Tegerides
       14944 15TH DR
       WHITESTONE, NY 11357-2534
   Package ID: 403720             7.76
   Tracking #:   9407111899560336402646
   Actual Wt: 0 lbs 1.0 ozs
   Rating Wt: 0.06 lbs
   Certified              [$6.50]
Shipment--------------------
   USPS First Class Mail
   Ship To:
       Michael Tegerides
       14944 15TH DR
       WHITESTONE, NY 11357-2534
   Package ID: 403721             7.76
   Tracking #:   9407111899560336633101
   Actual Wt: 0 lbs 1.0 ozs
   Rating Wt: 0.06 lbs
   Certified              [$6.50]
Print           9 @ 0.25          2.25
```

```
Computer Access                     1.00
Manilla Envel  3 @ 0.75             2.25

       SUBTOTAL                    28.78
       TAX                          0.00
       TOTAL                       28.78
TEND Credit Card                   28.78

Total shipments: 3
Emanuel Kataev: Sage Legal LLC
                              03/28/2025
#299682                         05:11 PM
Workstation: 0 - Master Workstation


Please Note: Unless another value is declared each parcel shall be deemed to have a max

**********************************
Thank you for your business
**********************************
Mail Drop reserves the right to withhold 10% of all insurace claims proccessed by Mail D
```