# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 12, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

    *Re:*    **Gutama v. Whitestone Air, Inc.,** *et al.*
             **Case No.: 1:23-cv-2802 (ENV) (PK)**

Dear Judge Kuo:

      This office represents the Defendants in the above referenced case pending the determination of Sage Legal LLC's ("Sage") motion to withdraw. Sage writes to respectfully request an adjournment of the conference scheduled for Tuesday, April 15, 2025 at 10:00 AM.

      Consistent with ¶ III(C) of this Court's Individual Practice Rules, Sage respectfully submits that: (i) the original date of the conference is set forth above; (ii) the reason for the request is because your undersigned will be engaged in a virtual hearing before the New Jersey Department of Labor and Workforce Development at 9:30 AM and has an appearance in the New York City Civil Court of New York County at 2:15 PM for oral argument, each in separate matters, such that your undersigned is unavailable to appear for the conference; and (iii) the requested adjournment does not affect any other scheduled date or deadline. A copy of this letter is being provided via email to the Defendants. Plaintiff does not object to the instant request and does not oppose the underlying motion to withdraw as counsel. Sage thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
       April 12, 2025                      Respectfully submitted,

                                                  **SAGE LEGAL LLC**

                                                  <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                  Emanuel Kataev, Esq.
                                                  18211 Jamaica Avenue
                                                  Jamaica, NY 11423-2327
                                                  (718) 412-2421 (office)
                                                  (917) 807-7819 (cellular)
                                                  (718) 489-4155 (facsimile)
                                                  emanuel@sagelegal.nyc

                                                  *Attorneys for Defendants*
                                                  *Whitestone Air Inc.,*
                                                  *Konstantina Biscardi, and*
                                                  *Michael Tegerides*

**VIA ECF**
Law Offices of Yale Pollack, P.C.
<u>Attn</u>: Yale Pollack, Esq.
66 Split Rock Road
Syosset, NY 11791
ypollack@yalepollacklaw.com

*Attorneys for Plaintiff*
*Anibal Gutama*