AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Anibal Gutama ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-02802-ENV-PK |
| Whitestone Air Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                    .

Date:   04/24/2025

/s/ Michael Faillace
*Attorney's signature*

Michael Faillace [MF-8436]
*Printed name and bar number*

Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165

*Address*

michael@faillacelaw.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 317-1620
*FAX number*