UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANIBAL GUTAMA,

        *Plaintiff*,

-against-

WHITESTONE AIR INC., KONSTANTINA
BISCARDI a/k/a KONSTANTINA
TEGERIDES,
and MICHAEL TEGERIDES,

        *Defendants*.
------------------------------------------------------------X

Index No.: 23-cv-02802-ENV-PK

**CONSENT TO CHANGE ATTORNEY**

    IT IS HEREBY CONSENTED that Michael Faillace be substituted as attorney of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney as of the date hereof.

    Outgoing counsel, Catalina Sojo, affirms that she does not assert a retaining or charging lien in connection with this substitution of counsel.

    I affirm this under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

    This document was read and explained to me in Spanish, and that I understand its contents and sign it voluntarily. (Este documento me fue leído y explicado en español, y entiendo su contenido y lo firmo voluntariamente).

Dated: New York, New York
       April 18, 2025

                                                ANIBAL GUTAMA

/s/ Michael Faillace
Michael Faillace, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Incoming Attorney

/s/ Catalina Sojo
Catalina Sojo, Esq.
CSM Legal, P.C.
60 E 42nd St #4510
New York, NY 10165
Outgoing Attorney