# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

Dear Anibal Gutama,

Thank you for being a client of CSM Legal, P.C. (the "Firm"). We would like to share with you some important information about the Firm.

As you may know, the Firm was originally opened by Michael Faillace approximately two decades ago. Unfortunately, after representing hundreds of clients over the years, Mr. Faillace was suspended from the practice of law for two years by the United States District Court for the Southern District of New York on November 8, 2021, because:

1) He underpaid, contrary to court orders, many clients in a total of thirteen FLSA federal cases. based upon sloppy and negligent office management procedures. (The monies were fully repaid to the clients.)

2) He provided incorrect information to the Federal Grievance Committee concerning the steps taken to correct procedures in his office.

3) He refused to honor a client's decision to settle his case.

If you would like to see a copy of the Southern District Suspension Order, the Firm will send a copy to you.

Based upon the conduct described above, Mr. Faillace was also suspended from the practice of law by the Eastern District Federal Court and by the New York State Appellate Division. Before the suspension went into effect, Mr. Faillace resigned from the Firm and its name became CSM Legal, P.C.

Recently, Mr. Faillace was reinstated to the practice of law by the Southern District, the Eastern District, and by New York State. Mr. Faillace has rejoined the Firm and will be running the Firm under its new name, Michael Faillace & Associates. P.C., and Catalina Sojo, Esq., is leaving the Firm.

You now have the choice of whether to remain with the Firm, which is being run by Mr. Faillace, or to choose a new attorney to represent you in your matter. The choice is entirely yours, and if you choose to leave the Firm, we will cooperate in having your file sent to your new attorney.

Of course, Mr. Faillace would consider it privilege to represent you going forward. If you would like the Firm to continue its representation of you, please sign the attached "Consent to Change Attorney Form" to be filed with the Court, and return it using the enclosed self-addressed stamped envelope (when applicable).

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

    If you would like to discuss this matter with Ms. Sojo directly, she can be reached by telephone at (646) 715-4518 or by email at catalina@csm-legal.com.  You may also call Mr. Faillace at (212) 317-1200 to discuss any questions you have.

    Sincerely,

    /s/ Michael Faillace_____  
    Michael Faillace

    /s/ Catalina Sojo_____  
    Catalina Sojo

# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

Estimado Anibal Gutama

　　Gracias por ser cliente de CSM Legal, P.C. (la "Firma"). Queremos compartir con usted información importante sobre la Firma.

　　Como quizás sepa, la Firma fue fundada por Michael Faillace hace aproximadamente dos décadas. Lamentablemente, luego de representar a cientos de clientes durante estos años, el Sr. Faillace fue suspendido del ejercicio de la abogacía por un período de dos años por el Tribunal Federal del Distrito Sur de Nueva York el 8 de noviembre de 2021, debido a lo siguiente:

1) Que, en contra de órdenes judiciales, pagó de menos a muchos clientes en un total de trece casos federales bajo la Ley de Normas Justas de Trabajo (FLSA), debido a procedimientos administrativos negligentes y desorganizados. (Los montos fueron completamente reembolsados a los clientes).

2) Que proporcionó información incorrecta al Comité Federal de Quejas con respecto a las medidas tomadas para corregir los procedimientos internos en su oficina.

3) Que se negó a respetar la decisión de un cliente de llegar a un acuerdo en su caso.

　　Si desea recibir una copia de la Orden de Suspensión del Distrito Sur, la Firma se la puede enviar.

　　Con base en la conducta descrita anteriormente, el Sr. Faillace también fue suspendido del ejercicio profesional por el Tribunal Federal del Distrito Este de Nueva York y por la División de Apelaciones del Estado de Nueva York. Antes de que la suspensión entrara en vigor, el Sr. Faillace renunció a la Firma, la cual pasó a llamarse CSM Legal, P.C.

　　Recientemente, el Sr. Faillace fue rehabilitado profesionalmente y autorizado a volver a ejercer por el Distrito Sur, el Distrito Este y el Estado de Nueva York. El Sr. Faillace se ha reincorporado a la Firma y volverá a dirigirla bajo su antiguo nombre: Michael Faillace & Associates, P.C., mientras que la abogada Catalina Sojo se retira de la Firma.

　　Usted tiene ahora la opción de permanecer con la Firma, bajo la dirección del Sr. Faillace, o elegir a otro abogado para que lo represente en su caso. La decisión es completamente suya y, si decide cambiar de abogado, colaboraremos en enviar su expediente al nuevo abogado que usted designe.

# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510          Telephone: (212) 317-1200
New York, New York 10165              Facsimile: (212) 317-1620

    Por supuesto, para el Sr. Faillace sería un privilegio poder seguir representándolo. Si desea que la Firma continúe con su representación legal, por favor firme el formulario adjunto titulado "Consentimiento para Cambio de Abogado", el cual será presentado ante el tribunal, y devuélvalo utilizando el sobre prefranqueado adjunto (cuando aplique).

    Si desea hablar directamente con la Sra. Sojo, puede comunicarse con ella al (646) 715-4518 o por correo electrónico a catalina@csm-legal.com. También puede llamar al Sr. Faillace al (212) 317-1200 si tiene alguna pregunta o desea discutir este asunto.

Atentamente,

/s/ Michael Faillace
Michael Faillace

/s/ Catalina Sojo
Catalina Sojo