# EXHIBIT "C"

