# EXHIBIT "E"

**ypollack@yalepollacklaw.com**

| | |
|---|---|
| **From:** | ypollack@yalepollacklaw.com |
| **Sent:** | Wednesday, July 10, 2024 11:52 AM |
| **To:** | forcinalaw@gmail.com |
| **Subject:** | Whitestone Air/Biscardi/Tegerides |
| **Attachments:** | Ex. A - Gutama Damages Analysis.pdf; Ex. B - Proposed Judgment.pdf; Ex. C - Pleadings.pdf; Ex. D - Affidavits of Service.pdf; Ex. E - Certificate of Default.pdf; Gutama Declaration in Support.pdf; MOL in Supp.pdf; Pollack Declaration in Support.pdf |

I am filing for a default judgment against them.  Attached are the papers filed with the Court.  Please let me know if you are representing them and will accept service of the papers.  Thank you.

Best Regards,
Yale Pollack, Esq.
Law Offices of Yale Pollack, P.C.
66 Split Rock Road
Syosset, New York 11791
Tel:  (516) 634-6340
Fax: (516) 634-6341
ypollack@yalepollacklaw.com
www.yalepollacklaw.com



**Confidentiality Notice**: This e-mail message, including any attachments, is intended only for the use of the named recipient(s) and may contain privileged and confidential information.  If you have received this message in error, or you are not the named recipient(s), please contact the sender immediately by reply e-mail, and delete and then destroy this e-mail message and any attachments from your computer.  Any unauthorized review, use, disclosure or distribution is prohibited.  Thank you.