# EXHIBIT "G"

**ypollack@yalepollacklaw.com**

| | |
|---|---|
| **From:** | ypollack@yalepollacklaw.com |
| **Sent:** | Wednesday, July 17, 2024 11:32 AM |
| **To:** | Elio Forcina |
| **Subject:** | RE: Whitestone Air/Biscardi/Tegerides |
| **Importance:** | High |

Reminder my documents are due tomorrow if you are going to appear.  Thanks.

Best Regards,
Yale Pollack, Esq.
Law Offices of Yale Pollack, P.C.
66 Split Rock Road
Syosset, New York 11791
Tel:  (516) 634-6340
Fax: (516) 634-6341
ypollack@yalepollacklaw.com
www.yalepollacklaw.com



**Confidentiality Notice**: This e-mail message, including any attachments, is intended only for the use of the named recipient(s) and may contain privileged and confidential information.  If you have received this message in error, or you are not the named recipient(s), please contact the sender immediately by reply e-mail, and delete and then destroy this e-mail message and any attachments from your computer.  Any unauthorized review, use, disclosure or distribution is prohibited.  Thank you.

**From:** ypollack@yalepollacklaw.com
**Sent:** Tuesday, July 16, 2024 5:15 PM
**To:** Elio Forcina <forcinalaw@gmail.com>
**Subject:** RE: Whitestone Air/Biscardi/Tegerides

I need to submit my papers to the Court by Thursday so please let me know by then

Best Regards,
Yale Pollack, Esq.
Law Offices of Yale Pollack, P.C.
66 Split Rock Road
Syosset, New York 11791
Tel:  (516) 634-6340
Fax: (516) 634-6341
ypollack@yalepollacklaw.com
www.yalepollacklaw.com



**Confidentiality Notice**: This e-mail message, including any attachments, is intended only for the use of the named recipient(s) and may contain privileged and confidential information.  If you have received this message in error, or you are not the named recipient(s), please contact the sender immediately by reply e-mail, and delete and then destroy this e-mail message and any attachments from your computer.  Any unauthorized review, use, disclosure or distribution is prohibited.  Thank you.

---

**From:** Elio Forcina <forcinalaw@gmail.com>
**Sent:** Tuesday, July 16, 2024 2:18 PM
**To:** ypollack@yalepollacklaw.com
**Subject:** Re: Whitestone Air/Biscardi/Tegerides

Most likely meeting up tomorrow with them.

On Fri, Jul 12, 2024, 10:58 AM ypollack@yalepollacklaw.com <ypollack@yalepollacklaw.com> wrote:

> Are you coming into represent them or no?
>
>
> Best Regards,
>
> Yale Pollack, Esq.
>
> Law Offices of Yale Pollack, P.C.
>
> 66 Split Rock Road
>
> Syosset, New York 11791
>
> Tel:  (516) 634-6340
>
> Fax: (516) 634-6341
>
> ypollack@yalepollacklaw.com
>
> www.yalepollacklaw.com
>
> 
>
>
> **Confidentiality Notice**: This e-mail message, including any attachments, is intended only for the use of the named recipient(s) and may contain privileged and confidential information.  If you have received this message in error, or you are not the named recipient(s), please contact the sender immediately by reply e-mail, and delete and then destroy this e-mail message and any attachments from your computer.  Any unauthorized review, use, disclosure or distribution is prohibited.  Thank you.
>
> ---
>
> **From:** Elio Forcina <forcinalaw@gmail.com>
> **Sent:** Wednesday, July 10, 2024 12:57 PM

**To:** ypollack@yalepollacklaw.com
**Subject:** Re: Whitestone Air/Biscardi/Tegerides

Please call me at 347 528 7099. This is the first I have heard of this.  I will see if they want to retain me and settle this matter.

On Wed, Jul 10, 2024 at 11:51 AM ypollack@yalepollacklaw.com <ypollack@yalepollacklaw.com> wrote:

I am filing for a default judgment against them.  Attached are the papers filed with the Court.  Please let me know if you are representing them and will accept service of the papers.  Thank you.

Best Regards,

Yale Pollack, Esq.

Law Offices of Yale Pollack, P.C.

66 Split Rock Road

Syosset, New York 11791

Tel:  (516) 634-6340

Fax: (516) 634-6341

ypollack@yalepollacklaw.com

www.yalepollacklaw.com



**Confidentiality Notice**: This e-mail message, including any attachments, is intended only for the use of the named recipient(s) and may contain privileged and confidential information.  If you have received this message in error, or you are not the named recipient(s), please contact the sender immediately by reply e-mail, and delete and then destroy this e-mail message and any attachments from your computer.  Any unauthorized review, use, disclosure or distribution is prohibited.  Thank you.

--

**Elio Forcina**

**ATTORNEY AT LAW**

**66-85 73rd Place**

**Middle Village, NY 11379**

**Tel: (347) 528-7099**

**Fax: (347) 813-4985**

**FORCINALAW@GMAIL.COM**

4