**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2929

2926

2928

Date: 10-28-22

Contact ☐  Warranty ☐  P & L ☐

**CUSTOMER**

Nick Voukouda
3-11 41st Street
Astoria                    NY 11103

PHONE

MANAGER

SUPER/CONTACT

REQUESTED BY

**CONTROL EQUIPMENT:**
☐ ABB
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER-COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

**SECURITY/FIRM**
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

**MECHANICAL EQUIPMENT**
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP
☐

**OTHER SERVICES**
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

**JOB DOCUMENTATION REQUIRED**
☐ DRAWINGS
☐ FILES

SYSTEM PHONE

MODEL & SERIAL NUMBER

**ACTION REPORT**

CONDITIONS FOUND

Service and fixing leak.

SERVICES PERFORMED

① check leak and fixing check all lines
② Testing no't more leak
③ charge freon 3 lbs
④ Service unit filter clock need get Service
⑤ Testing heating cooling working no't problem

RECOMMENDATIONS

you ge need get Service

☑ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW UP REQUIRED  ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |

☐ CONTINUATION ON ADDITIONAL PAGES

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOTAL (F-R) |
|------|-----------|-----------|----------|-----------|----------|------------|----------|------|-------------|
| 10-18 | Antonio G. | 8:00 | 5:00 |  |  |  |  |  |  |
|      |            |           |          |           |          |            |          |      |             |
|      |            |           |          |           |          |            |          |      |             |

SIGNATURE _____ Antonio G.    DATE 10-22

Print Name _____

CUSTOMER SIGNATURE _____    DATE _____

Print Name Nick

OFFICE USE ONLY
INVOICE NUMBER _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2458

Date: 7.22.22

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER | PHONE | MANAGER |
|---|---|---|
| ADDRESS Amy | BUILDING | SUPER/CONTACT |
| CITY 30-30 Northern Blvd | | |
| Long Island City | NY 11101 | REQUESTED BY |

CONTROL EQUIPMENT:
☐ ASCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARRINGTON-BLEAMAN
☐ HEAT TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOHAR CONTROLS
☐ SEBS
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE:
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT:
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES:
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE:

MODEL & SERIAL NUMBER

INSTRUCTIONS

## ACTION REPORT

**CONDITIONS FOUND**

Service 5 Floor MJJ and 3 Floor Factory and Hallway unit.

**SERVICES PERFORMED**

① Service MJJ not Cooling check unit Troubleshooting was on high pressure clean struiner Ajusted Amp. Compressor Test unit work

② Service 5 Factory unit Mechanical cooling not work Troubleshooting clean Struiner still That unit need work

③ 3 Floor Hallway unit high Pressure That unit electric probleme need Replaced Relay and 2 Stage High Head Pressure Switch not work ne preplace it You need Replaced all This parts mentronced.

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| 7.22 | Antonio G. | 12:00 | 6:00 | | | 2 | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _____   DATE 7-22   CUSTOMER SIGNATURE Soul.   DATE _____

Print Name Antono C.   Print Name _____

BILLED TO JOB NUMBER _____

**OFFICE USE ONLY**
INVOICE NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2543

Date: 07-21-22

Contract ☐   Warranty ☐   P & L ☐

CUSTOMER: Trumbul
ADDRESS: 31-10 37 Ave.
CITY: Long Island C, ly    NY 11106

PHONE:
BUILDING:
REQUESTED BY:
MANAGER:
SUPER / CONTACT:

CONTROL EQUIPMENT
☐ ABG
☐ AMERICON AUTOMATRIX
☐ ANDOVER
☐ BARBER-COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP
☐

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED:
☐ DRAWINGS
☐ FILES
INSTRUCTIONS:

SYSTEM PHONE:
MODEL & SERIAL NUMBER:

## ACTION REPORT

**CONDITIONS FOUND**

Service.

**SERVICES PERFORMED**

① check RTU Trene same. noise unit sw.

② check was belts need replaced. need need pulle

③ was replaced Test not more noise

④ This unit next time need change pulley.

**RECOMMENDATIONS**

You need change next Time Pulley

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK. | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|-------|-------------|
| 7-21 | Antonio C | 4:00 | 5:30 |           |          |           |          |       |             |
|      |           |          |          |           |          |           |          |       |             |
|      |           |          |          |           |          |           |          |       |             |
|      |           |          |          |           |          |           |          |       |             |

SIGNATURE _____   DATE 7-21   CUSTOMER SIGNATURE _____   DATE _____

Print Name: Antonio G.    Print Name _____

BILLED TO JOB NUMBER: _____

OFFICE USE ONLY
INVOICE NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2534

Date: 07.12.22

Contract ☐   Warranty ☐   P & L ☐

CUSTOMER: Bere burger.
ADDRESS: 33-21 31 St Ave
CITY: Astoria
STATE ZIP CODE: NY 11106

PHONE:
BUILDING:
DEALER:
EXPERT CONTACT:
REQUESTED BY:

**CONTROL EQUIPMENT:**
☐ ABCD
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER-COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

**SECURITY/FIRE**
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

**MECHANICAL EQUIPMENT**
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

**OTHER SERVICES**
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

**JOB DOCUMENTATION REQUIRED**
☐ DRAWINGS
☐ FILES

INSTRUCTIONS:

SYSTEM PHONE:
MODEL & SERIAL NUMBER:

## ACTION REPORT

CONDITIONS FOUND:

Service.

SERVICES PERFORMED:

① check walk in box not cooling check problem was chigth pressurer and need Thermostat
② washing Evoporator and Condensser dirty check freeon ok Tch unit work.
③ check freezer get Srvice washing Evoporator and condensser and Replaced Capacitor check freon ok
④ check Low Refrigerator washing Condensser check freon is ok.

RECOMMENDATIONS:

walk in box need Thermostat.

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | PAID | TOOLS ETC |
|------|-----------|-----------|----------|-----------|----------|-------------|----------|------|-----------|
| 7.22 | Antonio C. | 12:00 | 6:00 | | | 2 | | ✓ | |
|      |           |           |          |           |          |             |          |      |           |

SIGNATURE: Antonio C.
Print Name:

DATE: 7.22

CUSTOMER SIGNATURE: Carlos Argilo   DATE:
Print Name:

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER:

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2493

Date: 07-07-22

Contract ☐  Warranty ☐  P&L ☐

CUSTOMER
212-02 Union Tpke
Oakland Gardens NY 11364

PHONE

BUILDING

REQUESTED BY

MANAGER

SUPER/CONTACT

CONTROL EQUIPMENT
☐ ABCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARRINGTON/COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE

MODEL # SERIAL NUMBER

INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

Service walk in Box

SERVICES PERFORMED

① check and Service walk in cooler not working
② low freon have leack check where is leack
③ change Service valve low side and hight side
have leack was Replaced. charge freon and
test not leack The unit working good.
④ check other unit low freon charge This
unit need change Hight side service valve and
⑤ this unit need Fixing suction ling

RECOMMENDATIONS

You need Replaced This parts and change
D Soccion line

☐ COMPLETE  ☑ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
| 1 | | | Valve Hight side |
| 1 | | | Valve low side |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | RES HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | MILES/TOLL |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-----------|
| 7-7 | Antonio G. | 8:00 | 6:15 | | | | | | |

DATE 07-7-22

CUSTOMER
SIGNATURE

DATE

SIGNATURE

Print Name

Print Name

BILLED TO JOB NUMBER

OFFICE USE ONLY
INVOICE NUMBER

White: Office Copy  Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2533

Date: 07 06 22

Contract ☐   Warranty ☐   P&L ☐

| CUSTOMER | PHONE | MANAGER | |
|---|---|---|---|
| ADDRESS Alma. | | SUPER/CONTACT | |
| 3030 Norther Blvd | BUILDING | | |
| CITY Long Island City | | REQUESTED BY | |

| CONTROL EQUIPMENT | | | |
|---|---|---|---|
| ☐ ABD ☐ AMERICAN AUTOMATRIC ☐ ANDOVER ☐ BARRINGDOLGMAN ☐ HEAT-TIMER | ☐ HONEYWELL ☐ JOHNSON ☐ LANDIS & STAEFA ☐ NOVAR CONTROLS ☐ SIEB ☐ TELETROL SYSTEMS | ☐ TOUR & ANDERSON ☐ ELECTRIC-ELECTRONIC ☐ PC-SOFTWARE ☐ PNEUMATIC ☐ PROGRAMMABLE LOGIC CONTROL | SECURITY/FIRE ☐ ACCESS CONTROL ☐ SECURITY SYSTEM ☐ FIRE SYSTEM | MECHANICAL EQUIPMENT ☐ AIR CONDITIONER ☐ BOILER ☐ CHILLER ☐ PUMP | OTHER SERVICES ☐ CALIBRATION ☐ CONSULTATION ☐ INSPECTION ☐ TRAINING ☐ VALIDATION |

## ACTION REPORT

**CONDITIONS FOUND**

Service

**SERVICES PERFORMED**

① 3 Floor Mammoth unit w't meanial codeing.

② check same alarma. Reset check Presure. Hight

③ cleaning Strainees was clogged.

④ Reset is ok rose alarma That unit working.

**RECOMMENDATIONS**

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PERM | TOLLS/ETC |
|---|---|---|---|---|---|---|---|---|---|
| 07 6 | Antonio G. | 1:30 | 5:45 | | | | | | |

SIGNATURE _____   DATE 07 22   CUSTOMER SIGNATURE Saoul.   DATE 7-22

Print Name Antonio G.   Print Name _____

OFFICE USE ONLY

BILLED TO JOB NUMBER _____   INVOICE NUMBER _____

White: Office Copy   Yellow: Job File Copy



PHARMACY
Tel: 718-575-3515

**WHITESTONE**
**AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6985 • Fax: 347-235-4741

Date: 06-16-22

Contract ☐  Warranty ☐  P&L ☐

CUSTOMER: RHK
ADDRESS: 33 Round Hill Club Road
Greenwich
JOB: 06831

CONTROL EQUIPMENT: ☐ ABD ☐ AMERICAN AUTOMATION ☐ ANDOVER ☐ BARRINGTON-ELIAM ☐ HEAT-TIMER
☐ HONEYWELL ☐ JOHNSON ☐ LANDIS & STAEFA ☐ NOVAR CONTROLS ☐ SIEBE ☐ TELETROL SYSTEMS

REQUESTED BY:
☐ TOUR & ANDERSON ☐ ELECTRIC-ELECTRONIC ☐ PC SOFTWARE ☐ PNEUMATIC ☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE: ☐ ACCESS CONTROL ☐ SECURITY SYSTEM ☐ FIRE SYSTEM

MECHANICAL EQUIPMENT: ☐ AIR CONDITIONER ☐ BOILER ☐ CHILLER ☐ PUMP

OTHER SERVICES: ☐ CALIBRATION ☐ CONSULTATION ☐ INSPECTION ☐ TRAINING ☐ VALIDATION

JOB DOCUMENTS/TOOLS REQUIRED: ☐ DRAWINGS ☐ PARTS ☐ INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND:
Service. Center unit.

SERVICES PERFORMED:
① Service check Annex not cooling electric problem.
Troubleshooting change contactor change Desconect box
The check Pressure is ok test unit working not problem.
② Green Building Service mitsubishi unit washing
Evaporator coils Filters cleaning drain line Test is working
not problem.
③ Ladies louge not cooling check problem Troubleshooting
Electric problem Fixing unit working not problem.
check Pressure is good.

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS/MISC |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-----------|
| 6/17 | Antonio G. | 12:30 | 6:00 |  |  | 2 |  |  |  |
|      |           |          |          |           |          |           |          |      |           |

CUSTOMER SIGNATURE _____   DATE 6-16-2

SIGNATURE _____   DATE 617
Print Name  Antonio G.

Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____
BILLED TO JOB NUMBER. _____
White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 06-22-20

Contract ☐  Warranty ☐  P & L ☐

Marsha Gellet
162-21 Powells cove Blvd
whitestone

| CONTROL EQUIPMENT: | | | |
|---|---|---|---|

## ACTION REPORT

**CONDITIONS FOUND**

Scrurce

**SERVICES PERFORMED**

① check Scrurce 3 indoor unit 1 condenser

② washing 2 units use chemical.

③ Test unit working 100% problem

**RECOMMENDATIONS**

☒ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

## PARTS BILLING INFORMATION

**DESCRIPTION:**

| QTY: | MFG: | PART NUMBER: |
|---|---|---|
| | | |
| | | |
| | | |

☐ CONTINUATION ON ADDITIONAL PAGES

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FOOD | TOLLS (S-E) |
|---|---|---|---|---|---|---|---|---|---|
| 6-8 | Antonio G | 2:30 | 5:00 | | | 2 | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _Antonio_    DATE 6-22

Print Name _Antonio_

CUSTOMER SIGNATURE _Marsha Gellert_  DATE 6/8
Print Name  MARSHA GellERT

**OFFICE USE ONLY**
INVOICE NUMBER: _Pay full $545.00_

BILLED TO JOB NUMBER _____

White: Office Copy  Yellow: Job File Copy

2564

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-0965 • Fax: 347-235-4741

Date 05.17.22

Contract ☐  Warranty ☐  P&L ☐

Trumbull
28-10 37 Ave.

☐ TOUR & ANDERSON
☐ ELECTRO-ELECTRONIC
☐ PC SOFTWARE
☐ PNEUMATIC
☐ PROGRAMABLE LOGIC CONTROL

SECURITY TYPE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

CONTROL EQUIPMENT
☐ ABCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER/COLEMAN
☐ HEAT-FARA

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ REPAIR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES
RESTRICTIONS

## ACTION REPORT

CONDITIONS FOUND

Service.

SERVICES PERFORMED

① Service Special Security office not cooling.
② check Air handle check Thermostats reset
③ Electric problem Condensator unit #3 change contactor
④ change belts change Filters Test unit working not
   problem
⑤ Unit #2 Troubleshooting Fixing ouside unit
   fixie contact wires unit working check pressure is ok
⑥ unit #2 check Thermostat check pressure is ok
   All unit working not problem.

RECOMMENDATIONS

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

## PARTS BILLING INFORMATION

DESCRIPTION:

| QTY: | MFG: | PART NUMBER: | |
|------|------|--------------|---|
|      |      |              | |
|      |      |              | |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG. HOURS | O/T HOURS | TRAVEL REG. | EXPENSES | MISC. | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|-----------|-------------|----------|-------|-------------|
| 5/17 | Antonio   | 10.15     | 4.45     |           |           |             |          |       |             |

CUSTOMER
SIGNATURE                              DATE

SIGNATURE                DATE 5. 22

Print Name    Antonio C.          Print Name

OFFICE USE ONLY
INVOICE NUMBER

BILLED TO JOB NUMBER

White: Office Copy   Yellow: Job File Copy

**2522**

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 05.13.22

Contract ☐  Warranty ☐  P&L ☐

| CUSTOMER Bare burger | PHONE | MANAGER |
| LOCATION 795 Columbus Ave N9 | BUILDING STATE NY 10025 | SUPER/CONTACT |

CITY

CONTROL EQUIPMENT:
☐ ABB
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER/COLEMAN
☐ HEAT-PAKR

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEB
☐ TELETROL SYSTEMS

REQUESTED BY
☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PO SOFTWARE
☐ PNEUMATIC
☐ PROGRAMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

INSTRUCTIONS

SYSTEM PHONE

MODEL & SERIAL NUMBER

## ACTION REPORT

CONDITIONS FOUND

Service

SERVICES PERFORMED

① Remove Extension Cord old Grill and

② Install new grills Test working no't

Problem

③ check Fryer breaker dripping You need

change breaker.

RECOMMENDATIONS

☐ COMPLETE  ☑ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECH/SIGN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | PARK | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|----------|-------------|----------|------|-------------|
| 5/13 | Antonio G. | 7:30 | 9:45 | | | 2 | | | |
|      |           |      |      | | | | | | |
|      |           |      |      | | | | | | |

SIGNATURE  Antonio G.    DATE 5 22    CUSTOMER SIGNATURE _____  DATE _____

Print Name _____    Print Name _____

BILLED TO JOB NUMBER _____

OFFICE USE ONLY
INVOICE NUMBER: _____

White: Office Copy    Yellow: Job File Copy

WHITESTONE

**WHITESTONE AIR**    2498

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-969-6985 • Fax 347-236-4741

Date: 05.10.22

Contract ☐  Warranty ☐  P&L ☐

05.09
2566
2

**CUSTOMER:** Bare burger
**ADDRESS:** 515 washinton st
**CITY:** Hoboken
**PHONE:**
**BUILDING:**
**DATE OF CONT:** NJ 07030
**REQUESTED BY:**
**MANAGER:**
**SUPER/CONTACT:**
**SYSTEM PHONE:**
**MODEL & SERIAL NUMBER:**

CONTROL EQUIPMENT:
☐ ASC  ☐ HONEYWELL
☐ AMERICAN AUTOMATRIX  ☐ JOHNSON
☐ ANDOVER  ☐ LANDIS & STAEFA
☐ BARRINGTON/DELMAN  ☐ NOVAR CONTROLS
☐ HEAT-TIMER  ☐ SIEBE  ☐ TELETROL SYSTEMS

AIR CONNECTION/CONDUIT REQUIRED:
☐ DRAWINGS  ☐ FILES  INSTRUCTIONS:

TYPE OF JOB:
☐ TOUR & ANDERSON
☐ ELECTRIC ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE:
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT:
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES:
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

**ACTION REPORT**

**CONDITIONS FOUND**
Service

**SERVICES PERFORMED**
① frezzer not cooling check problem.
② Low ficon and leeck check leuck wos
③ Service velve condenser and evporetor replaced.
   Stem velve chunge freon.
④ Fixing leuck tot unit working not problem
⑤ check cooler adjusted thermostat
⑥ en 2 unit working not problem

**RECOMMENDATIONS**

☒ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
| 2 | | | Stem velve |
| | | | |
| | | | |
| | | | |

☐ CONTINUATION ON ADDITIONAL PAGES

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS/IBND |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-----------|
| 0510 | Antonio G. | 8:00 | 5:45 | | | 2 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _____  DATE 5 22    CUSTOMER SIGNATURE _____  DATE _____
Print Name  Antonio G.    Print Name  Julia Lansford

**OFFICE USE ONLY**
BILLED TO JOB NUMBER: _____    INVOICE NUMBER: _____

White: Office Copy   Yellow: Job File Copy

2570

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6985 • Fax: 347-235-4741

Date: 05-09-22

Contract ☐  Warranty ☐  P&L ☐

| CUSTOMER | | PHONE | | MANAGER | |
|---|---|---|---|---|---|
| ADDRESS 28-18 31 street | | BUILDING | | SUPERT CONTACT | |
| CITY Astoria | | STATE NY OF CODE 11102 | REQUESTED BY | | |

| CONTROL EQUIPMENT | | | | | |
|---|---|---|---|---|---|
| ☐ ABCI ☐ AMERICAN AUTOMATRIX ☐ ANDOVER ☐ BARBOGDELSMAN ☐ HEAT-TIMER | ☐ HONEYWELL ☐ JOHNSON ☐ LANDIS & STAEFA ☐ NOVAR CONTROLS ☐ PARK ☐ TELETROL SYSTEMS | SOFTWARE ☐ TOUR & ANDERSON ☐ ELECTRIC-ELECTRONIC ☐ PC-SOFTWARE ☐ PNEUMATIC ☐ PROGRAMMABLE LOGIC CONTROL | SECURITY/FIRE ☐ ACCESS CONTROL ☐ SECURITY SYSTEM ☐ FIRE SYSTEM | MECHANICAL EQUIPMENT ☐ AIR CONDITIONER ☐ BOILER ☐ CHILLER ☐ PUMP ☐ | OTHER SERVICES ☐ CALIBRATION ☐ CONSULTATION ☐ INSPECTION ☐ TRAINING ☐ VALIDATION |
| JOB DOCUMENTATION REQUIRED ☐ DRAWINGS ☐ FILES | | | SYSTEM PHONE | MODEL & SERIAL NUMBER | |
| INSTRUCTIONS | | | | | |

## ACTION REPORT

CONDITIONS FOUND

Service.

SERVICES PERFORMED

① all ETV not working Electic problem.
② all units Troubleshooting That problem was
Fire Alarm. Reset working
③ change Filters That Doctor officice unit #1
Frozen check Evaporator and Condensser washing dity
use chemical check Pressure is OK. not problem
④ Test all unit working not problem.
⑤ Service 2 small unit change Filters.

RECOMMENDATIONS

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS/E-Z |
|---|---|---|---|---|---|---|---|---|---|
| 5 9 | Antonio G | 11:40 | 5:00 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _____  DATE 5-99
Print Name  Antonio G

CUSTOMER SIGNATURE _____  DATE _____
Print Name

**OFFICE USE ONLY**
BILLED TO JOB NUMBER _____
INVOICE NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 05.03.22

Contract ☐  Warranly ☐  P&L ☐

CUSTOMER: Beauty Bear
93-66 Francis Lewis Blvd
Flushing

STATE: NY 11358

## ACTION REPORT

**CONDITIONS FOUND**

Service

**SERVICES PERFORMED**

① Service and check leack and washing
pump and coils and Flushing drain line
② Fixing leack and Test unit not problem
③ one units get service missing The rest 9

units Total 11 units

**RECOMMENDATIONS**

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS 8+D |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-----------|
| 05-03 | Antonio G. | 3:15 | 5:10 | | | 2 | | | |

SIGNATURE _____  DATE 5-22  CUSTOMER SIGNATURE _____  DATE _____

Print Name _____ Antonio G     Print Name _____

**OFFICE USE ONLY**
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

148-44 15th Drive
Whitestone, NY 11357
Tel: 718-888-6988 · Fax: 347-235-4741

2484

Date 02-25-22

Contract ☐  Warranty ☐  P&C ☐

Bentbridge
515 Ln Guardia Pl
NJ

NY 1X512

### ACTION REPORT

Service

① check freezer not cobling.

② Ajustal freon and chack leuck Ajusted Service

③ lulue. Test unit working

④ change Circulator pump leuck Motor and treulsero

⑤ Test working

☒ COMPLETE   ☐ UPDATE DRAWINGS    ☐ UPDATE FILES    ☐ FOLLOW-UP REQUIRED    ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              | Circulator pump |
|      |      |              |              |
|      |      |              |              |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | EMPLOYEE | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | OPTIONS | TIME | TOTAL HR |
|------|----------|-----------|----------|-----------|----------|-----------|---------|------|----------|
| 2-25 | Antonio G | 8:00 | 5:00 |  |  | 2 |  | 1 |  |

SIGNATURE _____

Print Name _____ Antonio G

DATE 2-22

CUSTOMER SIGNATURE _____   DATE _____

Print Name _____ Xiady R Montalin

BILLED TO JOB NUMBER _____

OFFICE USE ONLY
INVOICE NUMBER _____

White: Office Copy   Yellow: Job File Copy

2486

a69664

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2504

Date: 02.23.22

Contract ☐  Warranty ☐  P&L ☐

CUSTOMER: Almi
ADDRESS: 30-30 Northern Blvd.
CITY: Long Island City    NY 11101

CONTROL EQUIPMENT
☐ ABC
☐ AMERICAN AUTOMATION
☐ BARBER
☐ BARBER/COLEMAN
☐ HEAT TIMER
☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

SECURITY TYPE
☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC EQUIPMENT
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

**ACTION REPORT**

CONDITIONS FOUND

Service

SERVICES PERFORMED

① check That Hallway unit not working.
② Electric problem Troubleshooting all units
③ Reset Alarm and Test unit working cooling
   Heating not problem.
④ cleaning Strainers

RECOMMENDATIONS

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRUCK/MI | SUNDRIES | RATE | TOTAL $(S) |
|------|-----------|-----------|----------|-----------|----------|----------|----------|------|-----------|
| 022  | Antonio   | 2:00      | 5:00     |           |          | 2        |          |      |           |
|      |           |           |          |           |          |          |          |      |           |

SIGNATURE: _____  DATE 02.23   CUSTOMER SIGNATURE: _____   DATE _____

Print Name: Antonio G.   Print Name: _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

2324

.. 02 02 22

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2439

Date: 02.07.22

Contract ☐  Warranty ☐  P & L ☐

CUSTOMER: Bare burger
ADDRESS: 535 La Guardia
NY

| CONTROL EQUIPMENT | | |
|---|---|---|
| ☐ ABO | ☐ HONEYWELL |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON |
| ☐ ANDOVER | ☐ LANDIS & STAEFA |
| ☐ BARRINGTON/EDNAS | ☐ NOVAR CONTROLS |
| ☐ HEAT TIMER | ☐ SIEBE |
| | ☐ TELETROL SYSTEMS |

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PD-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

**ACTION REPORT**

CONDITIONS FOUND
Cervica.

SERVICES PERFORMED
① not wolking Freezer not working.
② check problem low freon have leak
③ Fixing leak don remove servece valve and
④ Instell new check any leak no more
⑤ Test unt working not problem
⑥ Fixing drain pumps 2 stop not working
⑦ Remove some gorbige cleaning Test working
not problem one fixing The drain line.

RECOMMENDATIONS

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| 1 | | | Scnvice valve |
| 1 | | | 3/8 copper pipe. |

☐ CONTINUATION ON ADDITIONAL PAGES

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| | Antonio C | 2:00 | 9:15 | | | 2 | ✓ | ✓ | |

SIGNATURE _____    DATE 02-02    CUSTOMER SIGNATURE _____    DATE _____
Print Name  Antonio C    Print Name  Victor Hernandez

OFFICE USE ONLY
INVOICE NUMBER: _____
BILLED TO JOB NUMBER: _____

White: Office Copy  Yellow: Job File Copy

WHITESTONE                                                                    2452

**WHITESTONE**
**AIR**

149-44 15th Drive                                      Date: 02.02.22
Whitestone, NY 11357
Tel: 718-969-5965 • Fax: 347-235-4741          Contract ☐  Warranty ☐  P&L ☐

| CUSTOMER: Burc harger | PHONE | SUPPLY ORDER |
| ADDR: 184 Eghth Ave | STATION: V8 16011 | REQUESTED BY: |
| NY | | |

CONTROL EQUIPMENT
☐ AEC                    ☐ HONEYWELL            MECAPITIES                  MECHANICAL EQUIPMENT      OTHER SERVICES
☐ AMERICAN AUTOMATRIX     ☐ JOHNSON              ☐ YOUR & ANDERSON           ☐ AIR CONDITIONER         ☐ REFRIGERATION
☐ ANDOVER                ☐ LANDIS & STAEFA      ☐ ELECTRIC/ELECTRONIC       ☐ BOILER                  ☐ CONSULTATION
☐ BARBER-COLEMAN         ☐ SIEBE                ☐ PC SOFTWARE               ☐ CHILLER                 ☐ INSPECTION
☐ HONEYWELL              ☐ TELETROL SYSTEMS     ☐ PNEUMATIC                 ☐ PUMP                    ☐ TRAINING
                                                ☐ PROGRAMMABLE LOGIC CONTROL                          ☐ FABRICATION
JOB DOCUMENTATION REQUIRED                                                                            ☐ SALVATION
☐ DRAWINGS                                      SYSTEM TYPE                 MAKE & SERIAL NUMBER
☐ FILES
REFERENCE

## ACTION REPORT

CONDITIONS FOUND

check  walking  Box

SERVICES PERFORMED

① check  walking box  Frozen  Soder  line
② Replaced Thermosta  and  check  Pressure  was
③ Set up Thermostat  Test  unit  working  not problem
④ check low Refrigerator  check  install  back
    door  and  Test  unit  working  no't  problem

RECOMMENDATIONS

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL FORMS |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL OUT | | TRAVEL | TOTAL HRS |
|------|-----------|-----------|----------|-----------|----------|-----------|---|--------|-----------|
| 02.22 | Antonio G. | 2 :45 | 5 :00 | | 2 | 2 | | / | |
|       |           |      |      |  |  |  | |  | |
|       |           |      |      |  |  |  | |  | |

SIGNATURE _____  DATE 2-22    CUSTOMER SIGNATURE _____   DATE _____
Print Name _____Antonio G._____    Print Name  Nuria B

**WHITESTONE**

2307

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 01.05.22

Contract ☐   Warranty ☐   P & L ☐

Social Trumbul
3810 37Th Ave
Long Island City

## ACTION REPORT

check Unit not working

① check Air handle not working
② Problem Electric. check each wire same grounding
③ check Thermostat Reset Transformer power
④ That unit is working ✓

☐ COMPLETE   ☐ UPDATE DRAWINGS    ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | REG TIME | OVR TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | MISC | TOTAL HRS |
|------|-----------|----------|----------|-----------|----------|-------------|----------|------|-----------|
| 05 | Anton o G. | 3.00 | 5.90 | | | | | | |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |

SIGNATURE _____ DATE 01-05   CUSTOMER SIGNATURE _____ DATE _____

Print Name  Anton o G.                Print Name

OFFICE USE ONLY
BILLED TO JOB NUMBER: _____   INVOICE NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 12-13-21

Contract ☐  Warranty ☐  P & L ☐

CUSTOMER: Bureburger
ADDRESS: 39-21 31 ST Avenue
CITY: Astoria

CONTROL EQUIPMENT:
☐ ABB          ☐ HONEYWELL
☐ AMERICAN AUTOMATRIX  ☐ JOHNSON
☐ ANDOVER      ☐ LANDIS & STAEFA
☐ BARBER COLEMAN  ☐ NOVAR CONTROLS
☐ HEAT-TIMER   ☐ SIERE
               ☐ TELETROL SYSTEMS

☐ TOUR & ANNUNCIATION
☐ ELECTRIC-ELECTRONIC
☐ PC SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES
☐ INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND
check walk in not working

SERVICES PERFORMED
① check walk in box Frezon evaporator coils.
② clianing check unit of This unit have leack
   low presure Control not working selenoid. not working
③ Thermostat Service valve leack need Replaced.
④ all This parts mentioned was replaced.
⑤ charge Frezon Test unit is working no t problem

RECOMMENDATIONS

☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

☒ COMPLETE   ☐ UPDATE DRAWINGS

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
| 1 |  | 240 A19ABA-4A | Thermostat |
| 1 |  | 010-1402 | Low Pressure Control Service valve |
| 1 |  | 310000 | Selenoid wiht bady |
| 1 |  | K32-18 | Service valve. |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-------------|
| 12-13 | Antonio G. | 8:00 | 7:15 |  |  |  |  |  |  |

CUSTOMER SIGNATURE
DATE 12-13
Print Name Rosa Xelhua

SIGNATURE
Print Name Antonio G.
DATE

2336

2245

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date 12 07 21

Contract ☐  Warranty ☐  P & L ☐

Pete Burger
535 lugwrotte Pl
New 451c                           NY 70612

| CONTROL EQUIPMENT | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|
| ☐ HONEYWELL | ☐ TOUR & ANDERSON | ☐ ACCESS CONTROL | ☐ CALIBRATION |
| ☐ ABB | ☐ ELECTRIC/ELECTRONIC | ☐ SECURITY SYSTEM | ☐ CONSULTATION |
| ☐ AMERICAN AUTOMATRIX | ☐ LARRY & STATICS | ☐ FIRE SYSTEM | ☐ INSPECTION |
| ☐ ANDOVER | ☐ POWER CONTROLS | | ☐ TRAINING |
| ☐ BARBER-COLMAN | ☐ SKINS | | ☐ ENGINEERING |
| ☐ HEAT TIMER | ☐ VALENCE SYSTEMS | | |

**ACTION REPORT**

CONDITIONS FOUND

Service walk in box freezer ice make
low Refrigerator

SERVICES PERFORMED

① get Servica walk in Box check Pressure
washing Euaporator use chemical check Box Walk
in box is working and check freezer is working
nit problem check Two fow Refrigerator
cleaning and washing Condenser is working not
problem cleaning Ice Make chos is working
washing 2 condenser flessoment check condensation
water pump is working but need Fixing drain line
Inside Two Refrigerator get Service
You need Fixing water Condensation line
and Service 2 units more.

☐ COMPLETE  ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION OR ADDITIONAL PAGES |

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | TOLLS M /ES |
|---|---|---|---|---|---|---|---|---|---|
| Jo | Antonio C | 12 30 | 5:00 | | | 2 | | | |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _____  DATE 12-07  CUSTOMER SIGNATURE _____  DATE _____

Print Name  Antonio C.       Print Name  Don Peterson

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

**AIR**

~~~ 44 15th Drive
Whitestone NY 11357
Tel 718-869-6965 • Fax: 347-235-4741

2299

Date: 11-17-21

Contract ☐  Warranty ☐  P & L ☐

| CUSTOMER | Regeneron Pharmacy | PHONE | | MANAGER | |
|---|---|---|---|---|---|
| ADDRESS | 777 Saw Mill river rd | BUILDING | | SUPER. CONTACT | |
| CITY/STATE | Tarrytown | | NJ 10591 | REQUESTED BY | |

CONTROL EQUIPMENT
☐ ASC
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBOROLI FINISH
☐ HEAT FINISH

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRO-ELECTRONIC
☐ PC SOFTWARE
☐ PNEUMATIC
☐ PROGRAMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP
☐

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE

MODEL & SERIAL NUMBER

INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

PMS Bilding #6          PMS Bilding # 3

SERVICES PERFORMED

① Freezer Farm # 32.390 PMS-80 Ress #44.306

② Freezer Farm # 32.390 PMS-80 Ress #44.307

③ Cold Room #62-181 PMS Ress #24110
④ check Gasket is ok  Lights ok  Circuito # 2 u ok  Amp Ressure
⑤ Circuito #1 Low Freon . Charge Freon .
⑥ Two Circuitos is ow working .

RECOMMENDATIONS

☑ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | ZONE | TOTAL $ (S) |
|---|---|---|---|---|---|---|---|---|---|
| 11.17 | Even | 11:00 | 7:80 | | | | | | / |
| 11.17 | Antonio | 11:00 | 7:50 | | | | | | / |

SIGNATURE _____ DATE 17-17   CUSTOMER SIGNATURE Boris Shkolnik   DATE 11/17/21

PRINT NAME   Antonio G.          Print Name

OFFICE USE ONLY

RETURN TO JOB NUMBER _____   INVOICE NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 11.18.21

Contract ☐    Warranty ☐    P&L ☐

| CUSTOMER | | PHONE | | | | MANAGER | |
|---|---|---|---|---|---|---|---|
| Regeneron Pharmacy | | BLDG | | | | SUPER/CONTACT | |
| 777 Saw Mill River rd. | | | | REQUESTED BY | | | |
| Tarrytown | | NY 10591 | | | | | |

| CONTROL EQUIPMENT: | | | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|---|---|---|
| ☐ ABC | ☐ HONEYWELL | ☐ TOUR & ANDERSON | | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC-ELECTRONIC | | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC SOFTWARE | | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ BARRINGTON/COLEMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | | | ☐ PUMP | ☐ TRAINING |
| ☐ HEAT-TIMER | ☐ SIEBE | ☐ PROGRAMMABLE LOGIC CONTROL | | | ☐ | ☐ VALIDATION |
| | ☐ TELETROL SYSTEMS | | | | | |

| JOB DOCUMENTATION REQUIRED | | | SYSTEM PHONE | MODEL & SERIAL NUMBER |
|---|---|---|---|---|
| ☐ DRAWINGS | | | | |
| ☐ FILES | | | | |
| INSTRUCTIONS: | | | | |

## ACTION REPORT

**CONDITIONS FOUND**

Building # 3   PMS   Building#765 southwest.
Building #6   PMS   Cold Room.

**SERVICES PERFORMED**

① Freezer Farm # 32.390 PMS - 80   Ress # 33.062.
② Freezer Farm # 32.390 PMS - 80   Ress # 69.378
③ Remove condenser Fan unit IDF # 41-128 Install new motor
Fan Tes unit working.
④ Cold Room # 61.182 PMS Gaskets is ok.
⑤ need chang Socket light and bulb
⑥ Circuito #59 Pressa is ok Amp ok water temperature ok
⑦ Circuito #61 not working properly need to chang Compressor
⑧ PART NO 88900901 Model to Hwh0l0x6c Serie # T09212069
you need change Compressor That noise is steam not
working Properly

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | ☐ CONTINUATION ON ADDITIONAL PAGES | | |

### LABOR BILLING INFORMATION

| DAY NUMBER | | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | PARK | TOLLS & ETC |
|---|---|---|---|---|---|---|---|---|---|
| 11-18 | Even | 10:00 | 7:00 | | | | | | ✓ |
| 11-18 | Antonio G. | 10:00 | 7:00 | | | | | | ✓ |

DATE 11/18/21   CUSTOMER SIGNATURE Boris Shotobnich   DATE 11/18/21

Print Name

Antonio G.

OFFICE USE ONLY
INVOICE NUMBER:

White: Office Copy    Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2285

Date: 10 13 21

Contract ☐  Warranty ☐  P&L ☐

CUSTOMER: 30 Trumbull
30-30 Northern Blvd.
Long Island City

CONTROL EQUIPMENT:
☐ ABC
☐ AMERICAN AUTOMATION
☐ ANDOVER
☐ BARBER-COLEMAN
☐ HEAT-TIMER
☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

JOB DOCUMENTATION REQUIRED:
☐ DRAWINGS
☐ FILES

INSTRUCTIONS:

JOB TYPE:
☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC/SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE:
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT:
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES:
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

## ACTION REPORT

**CONDITIONS FOUND**

Service small units.

**SERVICES PERFORMED**

① check small unit change filters and belts.
② 4 units done small and 1 big unit 3 Floor.
③ check 4 Floor not heating to cool check UAV
④ check not water heating check boiler
⑤ Service boiler cleaning Flame sensor and igintion
⑥ check is working good set point Thermostat
⑦ check cleaning strainers

**RECOMMENDATIONS**

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

**DESCRIPTION:**

| QTY: | MFG: | PART NUMBER: | |
|------|------|--------------|---|
|      |      |              |   |
|      |      |              |   |
|      |      |              |   |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL (HR) | EXPENSES | MISC | TOLLS & (?) |
|------|-----------|-----------|----------|-----------|----------|-------------|----------|------|-------------|
| 10-13 | Antonio G | 8:15 | 4:45 | | | 9 | | | |
| | | | | | | | | | |
| | | | | | | | | | |

DATE 10·13

CUSTOMER SIGNATURE: _____ DATE: _____

SIGNATURE: _____
Print Name: Antonio G

Print Name: _____

OFFICE USE ONLY
INVOICE NUMBER: _____

White: Office Copy   Yellow: Job File Copy

BILLED TO JOB NUMBER: _____

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 07.27.21

Contract ☐   Warranty ☐   P&L ☐

CUSTOMER: Maria Park
ADDRESS: 30-34 33rd Street
CITY: Astoria

PHONE: 347 9002
REQUESTED BY

CONTROL EQUIPMENT:
☐ ABCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER/COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES
INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

Get Service That unit not cooling.

SERVICES PERFORMED

① Living room have leack That unit
have bee fixing That levck

② cleaning sistem and charge freon
same, manofecture 2.90z.

③ unit is cooling not problem

RECOMMENDATIONS

if still you have problem you need
To change line set

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | MISC | TOTAL $? |
|------|-----------|-----------|----------|-----------|----------|-------------|----------|------|----------|
| 0727 | Antonio G- | 4:00 | 8:45 |  |  | 2 |  | ✓ | ✓ |
|      |           |           |          |           |          |             |          |      |          |

SIGNATURE _____   DATE 07.27   CUSTOMER SIGNATURE Mary Park   DATE 7/27

Print Name Antonio G.   Print Name

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

Case 1:23-cv-02832-ENV-PK    Document 39-1    Filed 05/07/25    Page 25 of 47 PageID #: 225

1999

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date 07.19.21

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER | PHONE | MANAGER |
| --- | --- | --- |
| The Learning | | |
| 31 - 57 - 31 st Street | BUILDING | SUPERINTENDENT |
| Astoria | 73122206 | |

CONTROL EQUIPMENT: ☐ ABB  ☐ AMERICAN AUTOMATION  ☐ ANDOVER  ☐ BARBER COLEMAN  ☐ HEAT-TIMER

☐ HONEYWELL  ☐ JOHNSON  ☐ LANDIS & STAEFA  ☐ NOVAR CONTROLS  ☐ SIEBE  ☐ TELETROL SYSTEMS

REQUESTED BY

☐ TOUR & ANDERSON  ☐ ELECTRO-ELECTRONIC  ☐ PC-SOFTWARE  ☐ PNEUMATIC  ☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE: ☐ ACCESS CONTROL  ☐ SECURITY SYSTEM  ☐ FIRE SYSTEM

MECHANICAL EQUIPMENT: ☐ AIR CONDITIONER  ☐ BOILER  ☐ CHILLER  ☐ PUMP

OTHER SERVICES: ☐ CALIBRATION  ☐ CONSULTATION  ☐ INSPECTION  ☐ TRAINING  ☐ VALIDATION

SYSTEM PHONE

MODEL & SERIAL NUMBER

JOB DOCUMENTATION REQUIRED: ☐ DRAWINGS  ☐ FILES

INSTRUCTIONS:

## ACTION REPORT

CONDITIONS FOUND:
Out Service

SERVICES PERFORMED:
① cleaning pump and Filters change each unit
dirty test unit is working 5 units done.
② cleaning 7 units more working pump and change
filters react Thermostat Test unit is working not
problem.
③ need To do Service 2 Rooms Infant B and Pre
School 1R  The rest is done

RECOMMENDATIONS:

☐ COMPLETE  ☑ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | TOLLS (E-Z) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07.18 | Antonio G | 8:00 | 5.15 | | | 2 | | | |
| 07.20 | Antonio G | 8:00 | 1:30 | | | 2 | | | |

SIGNATURE _____  DATE 07.20   CUSTOMER SIGNATURE _____  DATE 7/20

Print Name _Antonio G_   Print Name _Deborah Dussack_

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

## WHITESTONE AIR

**1973**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 05.28.21

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER: Bob's Home | PHONE: | MANAGER: |
|---|---|---|
| ADDRESS: 43 deer hurst road | BUILDING: | SUPER / CONTACT: |
| CITY: Scarsdale | STATE: NY  ZIP CODE: 10583 | REQUESTED BY: |

| CONTROL EQUIPMENT: | | SECURITY/FIRE: | MECHANICAL EQUIPMENT: | OTHER SERVICES: |
|---|---|---|---|---|
| ☐ ABG<br>☐ AMERICAN AUTOMATRIX<br>☐ ANDOVER<br>☐ BARBER-COLEMAN<br>☐ HEAT-TIMER | ☐ HONEYWELL<br>☐ JOHNSON<br>☐ LANDIS & STAEFA<br>☐ NOVAR CONTROLS<br>☐ SIEBE<br>☐ TELETROL SYSTEMS | ☐ TOUR & ANDERSON<br>☐ ELECTRIC-ELECTRONIC<br>☐ PC-SOFTWARE<br>☐ PNEUMATIC<br>☐ PROGRAMABLE LOGIC CONTROL | ☐ ACCESS CONTROL<br>☐ SECURITY SYSTEM<br>☐ FIRE SYSTEM | ☐ AIR CONDITIONER<br>☐ BOILER<br>☐ CHILLER<br>☐ PUMP<br>☐ | ☐ CALIBRATION<br>☐ CONSULTATION<br>☐ INSPECTION<br>☐ TRAINING<br>☐ VALIDATION |
| JOB DOCUMENTATION REQUIRED<br>☐ DRAWINGS<br>☐ FILES | | | SYSTEM PHONE: | MODEL & SERIAL NUMBER: | |
| INSTRUCTIONS: | | | | | |

## ACTION REPORT

**CONDITIONS FOUND:**

Service.

**SERVICES PERFORMED:**

① check 5 units
② washing use chemical
③ Test und cleck freon 4 units good
④ Liqund fixing
5 Test unit wsrking not problem
6 chong freon 5 lbs

**RECOMMENDATIONS:**

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| 05/28 | Antonio G. | 2:45 | 6:10 | | | 2 | | | |
| | | | | | | | | | |

SIGNATURE _____   DATE 05/28/21   CUSTOMER SIGNATURE _____   DATE _____

Print Name _antono g_    Print Name Jose Ramirez

OFFICE USE ONLY

BILLED TO JOB NUMBER _____   INVOICE NUMBER: _____

White: Office Copy  Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

1961

Date 04.22.21

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER: CFM Management | PHONE: | | MANAGER: |
|---|---|---|---|
| ADDRESS: 58-47 Francis Lewis Blvd | BUILDING: | | SUPER / CONTACT: |
| CITY: Fresh Meadows | STATE NY | ZIP CODE 11364 | REQUESTED BY: | |

| CONTROL EQUIPMENT: | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|---|
| ☐ ABLE | ☐ HONEYWELL | ☐ TOUR & ANDERSON | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC-ELECTRONIC | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ BARBER-COLEMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | | ☐ PUMP | ☐ TRAINING |
| ☐ HEAT-TIMER | ☐ SIEBE | ☐ PROGRAMMABLE LOGIC CONTROL | | ☐ | ☐ VALIDATION |
| | ☐ TELETROL SYSTEMS | | | | |

| JOB DOCUMENTATION REQUIRED | SYSTEM PHONE | MODEL & SERIAL NUMBER |
|---|---|---|
| ☐ DRAWINGS | | |
| ☐ FILES | | |
| INSTRUCTIONS: | | |

## ACTION REPORT

**CONDITIONS FOUND**

Full Service 3 Roof top units.

**SERVICES PERFORMED**

① Service 3 Roof top unit York cleaning Evaporator
and Condenser Coils Use chemical change Filters
change Belts grease beings check The units heating
② Two units is working not problem.
and Cooling test ok.
③ one unit need to replaced Inducer motor fan
Injation Flame Sensor

**RECOMMENDATIONS**
④ chek The Exos fan need to replaced
You need Same parts one unit not heating.

☒ COMPLETE   ☒ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| 0432 | Antonio G | 8:00 | 5:30 | | | 2 | | | |

SIGNATURE _____   DATE 04.21

Print Name Antonio G

CUSTOMER SIGNATURE _____   DATE _____

Print Name _____

**OFFICE USE ONLY**
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

1915

Date: 03 24 21

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER | | |
|---|---|---|
| ADDRESS Advanced Medical | PHONE | MANAGER |
| CITY 107-24 Queens Blvd Forest Hills | BUILDING | SUPER / CONTACT |

STATE / ZIP CODE 10917A75   REQUESTED BY

**CONTROL EQUIPMENT**
☐ ABB ☐ HONEYWELL
☐ AMERICAN AUTOMATRIX ☐ JOHNSON
☐ ANDOVER ☐ LANDIS & STAEFA
☐ BARBER-COLEMAN ☐ NOVAR CONTROLS
☐ HEAT / TIMER ☐ SIEBE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC / ELECTRONIC
☐ PONOSOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

**SECURITY / FIRE**
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

**MECHANICAL EQUIPMENT**
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

**OTHER SERVICES**
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE   MODEL & SERIAL NUMBER

INSTRUCTIONS

---

## ACTION REPORT

CONDITIONS FOUND

check Multi zone units.

SERVICES PERFORMED

① Check and get Service Fujitsu units.

② cleaning washing filters each unit total 4 units and Condenser use chemical was dirty condenser and Evaporator test unit is working good problem Hight Plossure

③ Remove flow valve and Install new coling tower.

RECOMMENDATIONS

You need Intall 1 Door Acces door (6x16) for Service and get Service Frecuetly

☒ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

---

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | Flow Valve. |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

---

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (T-2) |
|---|---|---|---|---|---|---|---|---|---|
| 03.24 | Antono G. | 11:30 | 5:00 | | | 2. | | | |
| | | | | | | | | | |

SIGNATURE _____ Antono G.   DATE 03.24

Print Name _____

CUSTOMER SIGNATURE _____   DATE _____

Print Name _____

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

Print Name _____

OFFICE USE ONLY
INVOICE NUMBER:

Print Name _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE** AIR

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-5985 • Fax: 347-235-4741

Date: 03-09-2?

Contract ☐   Warranty ☐   P & L ☐

CUSTOMER: 33-10 Queens Blvd.
2000 Island City

N3 11101

### ACTION REPORT

check  RTU  3 Floor West

**SERVICES PERFORMED**

① check Roof top unit not heating This
unit need to replace burner and cover
② ignigtann Inghion Bord This unit not
working need This parts.

**RECOMMENDATIONS**

You need to replace Parts

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARA | MILEAGE |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|---------|
| 03-09 | Antonio G. | 10 45 | 5 15 |  |  |  |  |  |  |
|      |           |          |        |  |  |  |  |  |  |
|      |           |          |        |  |  |  |  |  |  |

SIGNATURE _____  DATE 03-09   CUSTOMER SIGNATURE _____   DATE _____

Print Name  Antonio G.     Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

1913

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date 02.22.21

Contract ☐  Warranty ☐  P&L ☐

| CUSTOMER: Sebastian El Ghaity-Buggy | PHONE: 858-380-8500 | MANAGER: |
| ADDRESS: 21-12 Newtown Ave | BUILDING: | SUPERT/CONTACT: |
| CITY: Astoria | STATE: NY  ZIP CODE: 11102  REQUESTED BY: | |

| CONTROL EQUIPMENT: | | | |
| ☐ AROI | ☐ HONEYWELL | ☐ TOUR & ANDERSON | SECURITY/FIRE: | MECHANICAL EQUIPMENT | OTHER SERVICES |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC ELECTRONIC | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ AUTOMODUSTAR | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ HEAT-TIMER | ☐ SIEBE | ☐ PROGRAMMABLE LOGIC CONTROL | | ☐ PUMP | ☐ TRAINING |
| | ☐ TELETROL SYSTEMS | | | ☐ | ☐ VALIDATION |

| JOB DOCUMENTATION REQUIRED: | | SYSTEM PHONE: | MODEL & SERIAL NUMBER: |
| ☐ DRAWINGS | | | |
| ☐ FILES | | | |
| INSTRUCTIONS: | | | |

## ACTION REPORT

CONDITIONS FOUND:

Change  water pump.

SERVICES PERFORMED:

① Bedroom condensation pump remove

② install new pump check unt

Is working not problem.

③ Livinroom need to replaced pump make noise

RECOMMENDATIONS:

You need to change Livinroom pump make noise

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
| 1 | | 83929 | Pump Condensation |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARTS | TOLLS (E-Z) |
| 02 22 | Antonio G | 3:00 | 5:30 | | | ? | | | |

SIGNATURE _____ Antonio G

DATE 02-22

Print Name _____

CUSTOMER SIGNATURE _____ Sebastian El Ghaity-Buggy  DATE 2/22/21

Print Name Sebastian El Ghaity-Buggy

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy  Yellow: Job File Copy

FUJITSU

Case 1:23-cv-02802-ENV-PK    Document 39-1    Filed 05/07/25    Page 31 of 47 PageID #: 231

2063

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 01-27-21

Contract ☐    Warranty ☐    P&L ☐

whitestone Plaza
30-50 whitestone Expy
Flushing          NY 11354

| CONTROL EQUIPMENT | | |
|---|---|---|
| ☐ ABB | ☐ HONEYWELL | ☐ YORK & ANDERSON |
| ☐ AMERICAN AUTOMATION | ☐ JOHNSON | ☐ ELECTRIC ELECTRONIC |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC SOFTWARE |
| ☐ BARBER-COLEMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC |
| ☐ HEAT-TIMER | ☐ SIEBE | ☐ PROGRAMMABLE LOGIC CONTROL |
| | ☐ TELETROL SYSTEMS | |

SECURITY TYPE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES
INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

RTU Service

SERVICES PERFORMED

① Service all roof top unit check filters

② change filters and belts test is working

not problem.

RECOMMENDATIONS

☑ COMPLETE    ☐ UPDATE DRAWINGS    ☐ UPDATE FILES    ☐ FOLLOW-UP REQUIRED    ☐ CONTINUATION

### PARTS BILLING INFORMATION

DESCRIPTION:

| QTY: | MFG: | PART NUMBER: | Filters |
|---|---|---|---|
| | | | belts |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| | | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | FARE | TOLLS ETC. |
|---|---|---|---|---|---|---|---|---|---|
| 0127 | Antonio G. | 10:30 | 5:00 | | | | | | |
| | | | | | | | | | |

SIGNATURE _[signed]_

Print Name  Antonio G.

DATE 01-21

CUSTOMER SIGNATURE _____    DATE _____

Print Name _____

OFFICE USE ONLY
INVOICE NUMBER _____

BILLED TO JOB NUMBER _____

White: Office Copy    Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 12.09.20

Contract ☐  Warranty ☐  P & L ☐

| CUSTOMER | PHONE | | MANAGER |
|---|---|---|---|
| Diamond Property | BUILDING | | AGENT CONTACT |
| CITY | NY 10523 | REQUESTED BY | |
| Elmsford | | | |

CONTROL EQUIPMENT
☐ ABLE
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARRINGTON DELANEY
☐ HEAT TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELSTROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE

MODEL & SERIAL NUMBER

## ACTION REPORT

CONDITIONS FOUND

Install Economizer.

SERVICE PERFORMED

① Install Two Economizer new carrier
unit and Two Thermostat and ran Thermostat
wires
② test unit is working not problem.

RECOMMENDED

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONFIRMATION

### PARTS BILLING INFORMATION

| QTY. | SVG. | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| TECH | NAME | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | OTHERS |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Antonio G | 10:30 | 5:30 | | | | | | ✓ |
| | | | | | | | | | |

SIGNATURE _____  DATE 12-09
Print Name  Antonio G

CUSTOMER SIGNATURE _____  DATE _____
Print Name _____

BILLED TO JOB NUMBER _____

**OFFICE USE ONLY**
INVOICE NUMBER: _____

White: Office Copy  Yellow: Job File Copy

Case 1:23-cv-02802-ENV-PK    Document 39-1    Filed 05/07/25    Page 33 of 47 PageID #: 233

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-969-5065 • Fax: 347-235-4741

2040

Date: 12.07.20

Contract ☐  Warranty ☐  P&L ☐

| COMPANY | PHONE | MANAGER |
|---|---|---|
| Advance Medical | | SUPERT CONTACT |
| ADDRESS 101-24 Queens Blvd | BUILDING | REQUESTED BY |
| CITY Forest Hills | NY/11375 | |

CONTROL EQUIPMENT
☐ FIRE          ☐ HONEYWELL
☐ INTERIOR AUDIO/VISUAL  ☐ JOHNSON
☐ AV/VOICE      ☐ SIMON & SHAPIRA
☐ INTERCOM/COM  ☐ MAPHA CONTROLS
☐ HEAT/AMP      ☐ WEBB
                ☐ TELE/PAL SYSTEMS

SYSTEM TYPE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR COMPRESSOR
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VACATION

## ACTION REPORT

CONDITION FOUND

Close Grills.

SERVICES PERFORMED

① Install covers Two grills and
dranig tower water The Sistems
Tuvn oFF coding swich

RECOMMENDATIONS

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS |
|---|---|---|---|---|---|---|---|---|---|
| 12-7 | Antonio G | 1:30 | 3:00 | | | | | ✓ | ✓ |
| | | | | | | | | | |
| | | | | | | | | | |

SIGNATURE _____ DATE 12-7   CUSTOMER SIGNATURE _____ DATE _____

Print Name _Antonio G_   Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

1617

Date: 11 24 20

Contract ☐  Warranty ☐  P & L ☐

| CUSTOMER | INA SEMEL | PHONE | | NUMBER | |
|---|---|---|---|---|---|
| ADDRESS | 13 90 old Northern Blvd | BUILDING | | SUPER-CONTRACT | |
| CITY | Roslyn | FAX | N 11576 | REQUESTED BY | |

CONTROL EQUIPMENT:
☐ ABCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARRINGTON/CLEMAN
☐ HEAT TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIERE
☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE:
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT:
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES:
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED:
☐ DRAWINGS
☐ FILES

INSTRUCTIONS:

SYSTEM PHONE

MODEL & SERIAL NUMBER:

## ACTION REPORT

CONDITIONS FOUND

Remove Induction motor

SERVICES PERFORMED

① Remove induction motor fans and Replace new install new Filters.

② Test unit is working not problem.

RECOMMENDATIONS

☐ COMPLETE    ☐ UPDATE DRAWINGS    ☐ UPDATE FILES    ☐ FOLLOW-UP REQUIRED    ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ CONTINUATION ON ADDITIONAL PAGES

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| 11 24 | Antonio B. | 4:00 | 5:15 | | 4P | 2 | — | | |

SIGNATURE _____  DATE 11 24

CUSTOMER SIGNATURE _____  DATE 11/24/20

Print Name __Antonio G__

Print Name ILDIKO DERI

### OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy    Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 11-04-20

Contract ☐   Warranty ☐   P&L ☐

CUSTOMER: Vic Kessler Signs
4009 162 2d Street
Flushing

PHONE: 718 172358

CONTROL EQUIPMENT:
☐ ASCII
☐ AMERICAN AUTOMATIX
☐ ANDOVER
☐ BARBER-COLEMAN
☐ HEAT-TIMER

☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIERE
☐ TELETRACK SYSTEMS

REQUESTED BY:

SECURITY/FIRE:
☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

SYSTEM PHONE:

MECHANICAL EQUIPMENT:
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES:
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

MODEL & SERIAL NUMBER:

JOB DOCUMENTATION REQUIRED:
☐ DRAWINGS
☐ FILES
INSTRUCTIONS:

## ACTION REPORT

CONDITIONS FOUND

Two Trane unit check

SERVICES PERFORMED

① one Trane unit not heating check the
problem was contactor and limit swich
② was replaced new contactor limit swich cleanig
Ingation find Flame sensor
③ other unit change Filters o working

④ Test unit is working not problem

RECOMMENDATIONS

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
| 1 |  |  | Contactor |
| 1 |  |  | Limit Swich |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| NAME | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSE | MISC | MILEAGE |
|------|-----------|----------|-----------|----------|-----------|---------|------|---------|
| Antonio C. | 3:15 | 5:00 |  |  | 5 |  |  |  |

SIGNATURE: Antonio C.

DATE: 04-20

CUSTOMER SIGNATURE: ✓

Print Name: VIC KESSLER

DATE:

Print Name:

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER:

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

1629

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date 10.30.20

Contract ☐  Warranty ☐  P & L ☐

CUSTOMER KA 97 Kim TY
ADDRESS 20 SS 49th street
CITY Astoria
ZIP CODE NY 11105

PHONE

BUILDING

REGISTERED BY

MANAGER

SUPER/CONTACT

| CONTROL EQUIPMENT | | |
|---|---|---|
| ☐ ABB | ☐ HONEYWELL | ☐ TOUR & ANDERSON |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC-ELECTRONIC |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE |
| ☐ BARBER/COLMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC |
| ☐ HEAT-TIMER | ☐ SIBIE | ☐ PROGRAMABLE LOGIC CONTROL |
| | ☐ TELETROL SYSTEMS | |

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES

SYSTEM PHONE

MODEL & SERIAL NUMBER

INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

Get Service Boiler and A/C

SERVICES PERFORMED

1) get Service Two Boiler cleaning and cleaning sensor and test the boiler

2) check zone valve The Second Floor you need to replace the zone valve is closed not open not closet and check Thermostat.

RECOMMENDATIONS

You need to replace This parts

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | MAN HOURS | OT HOURS | TRAVEL TIME | EXPENSES | FOOD | TRAVEL G |
|---|---|---|---|---|---|---|---|---|---|
| 10 30 | Antonio G | 12 45 | 8 15 | | | | | | |

SIGNATURE _____  DATE 10 30  CUSTOMER SIGNATURE _____  DATE _____

Print Name  Antonio C

Print Name _____

BILLED TO JOB NUMBER _____

OFFICE USE ONLY
INVOICE NUMBER _____

White: Office Copy  Yellow: Job File Copy

**WHITESTONE AIR**

2023

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date 10 26 90

Contract ☐   Warranty ☐   P&L ☐

Plaza office
31-10 37th Ave
Long Island City

## ACTION REPORT

**CONDITIONS FOUND**

Roof top unit not heating 5E

**SERVICES PERFORMED**

1) Check 5E unit not heating fun
2) Problem drut induction motor fun
3) Ination
4) Limit Swicht
5) change 2 motor induction fun 2 ination
   2 limit Swicht all This parts change
6) Test unit is working no't problem
7) check Filter is us.

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

DESCRIPTION:

| QTY: | MFG: | PART NUMBER: | |
|------|------|--------------|--|
|      |      |              |  |
|      |      |              |  |
|      |      |              |  |

☐ CONTINUATION ON ADDITIONAL PAGES

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | STOP TIME | REG HOURS | OT HOURS | TRAVEL TIME | STANDBY | PER | |
|------|-----------|-----------|-----------|-----------|----------|-------------|---------|-----|--|
| 10 26 | Antono G. | 12:45 | 4:45 | | | | | | |

SIGNATURE _Jeff_   Antono G.   DATE 10 26

CUSTOMER SIGNATURE _Carmen Elejalde_   DATE 10/26/20

Print Name

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER

White: Office Copy   Yellow: Job File Copy

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-969-6965 • Fax: 347-235-4741.

Contract ☐  Warranty ☐  P&L ☐

City View Plaza
36-36-33 Street
Long Island City

NY 11106

## ACTION REPORT

Remove Pump #2

① Remove The pump Install new pump
Boiler #2. Install new Borel.

② check Boiler #3 not working same Stage

③ change the flow swicht test unit is working
no't problem working 4 Stage

We need check Boiler #2.

☐ COMPLETE  ☑ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
| 1 | | | Flow Swicht |
| | | | |
| | | | ☐ CONTINUATION OR ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| | | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL REG | EXPENSES | TYPE | TOTAL R&E |
|---|---|---|---|---|---|---|---|---|---|
| 073 | Even | 2:00 | 5:15 | | | 2 | | | |
| 093 | Antonio | 2:00 | 5:15 | | | | | | |

SIGNATURE _____  DATE 10 23  CUSTOMER SIGNATURE _____  DATE _____

Print Name _____ Antonio G.  Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy  Yellow: Job File Copy

2020

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6985 • Fax: 347-235-4741

Date: 10.19.20

Contract ☐   Warranty ☐   P&L ☐

CUSTOMER: City View Plaza
ADDRESS: 36-36 -33 Street
CITY: Long Island City

PHONE:
BUILDING:

"23 17106

REQUESTED BY:

CONTROL EQUIPMENT
☐ ABQ          ☐ HONEYWELL
☐ AMERICAN AUTOMATRIX  ☐ JOHNSON
☐ ANDOVER      ☐ LANDIS & STAEFA
☐ BARBERCOLEMAN ☐ NOVAR CONTROLS
☐ HEAT-TIMER   ☐ SIEBE
               ☐ TELETROL SYSTEMS

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGRAMMABLE LOGIC CONTROL

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

SYSTEM PHONE:

MODEL & SERIAL NUMBER:

JOB DOCUMENTATION REQUIRED
☐ DRAWINGS
☐ FILES
INSTRUCTIONS:

## ACTION REPORT

CONDITIONS FOUND:

Service Boiler #1

SERVICES PERFORMED:

① Remove the burnes and replaced for
new burnes and cleaning.

② check leak and fixing the leaeking
not more test unit is working not problem.

③ Boiler #3 still need to check.

RECOMMENDATIONS:

Boiler #2 need to check

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG. HOURS | OT HOURS | TRAVEL HRS | EXPENSES | FARE | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-------------|
| 10.19 | Antonio G | 8:00 | 5:30 |  |  | 2 |  |  |  |
|      |           |           |          |           |          |           |          |      |             |
|      |           |           |          |           |          |           |          |      |             |

SIGNATURE _____ DATE _____   CUSTOMER SIGNATURE _____ DATE _____
Print Name: Antonio G.                    Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

2021

Date 10. 16. 20

Contract ☐  Warranty ☐  P & L ☐

Customer: City View
36-36 33 Sheet
Long Island City

### ACTION REPORT

**Conditions Found**
Service Boilers

**Services Performed**
① Service Boilers checking and Replace
Boiler #3 change Burners
② change ignition and Flame Sensor
③ check Gas value Gas value need to change
have leak

**Recommendations**
You need Change to Gas value

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |

### LABOR BILLING INFORMATION

| DATE | | START TIME | END TIME | | | TRAVEL TIME | |
|---|---|---|---|---|---|---|---|
| 10 11 | Antonio G. | 8:00 | 5:00 | | | 2 | 1 |

SIGNATURE  Antono G.    DATE 10-16

CUSTOMER SIGNATURE

Print Name

OFFICE USE ONLY
INVOICE NUMBER:

BILLED TO JOB NUMBER:

**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

**2019**

Date: 10. 15. 20

Contract ☐  Warranty ☐  P&L ☐

| CUSTOMER | PHONE | MANAGER |
|---|---|---|
| Whiteston Plaza | | SUPER CONTACT |
| 20-50 Whitestone Expy | BUILDING | |
| Flushing | 713 97354  REQUESTED BY | |

CONTROL EQUIPMENT: ☐ ABD ☐ AMERICAN AUTOMATRIX ☐ ANDOVER ☐ BARBERDCOLEMAN ☐ HEAT-TIMER   ☐ HONEYWELL ☐ JOHNSON ☐ LANDIS & STAEFA ☐ NOVAR CONTROLS ☐ SIEBE ☐ TELETROL SYSTEMS   ☐ TOUR & ANDERSON ☐ ELECTRIC-ELECTRONIC ☐ PC-SOFTWARE ☐ PNEUMATIC ☐ PROGRAMABLE LOGIC CONTROL

SECURITY/FIRE: ☐ ACCESS CONTROL ☐ SECURITY SYSTEM ☐ FIRE SYSTEM

MECHANICAL EQUIPMENT: ☐ AIR CONDITIONER ☐ BOILER ☐ CHILLER ☐ PUMP

OTHER SERVICES: ☐ CALIBRATION ☐ CONSULTATION ☐ INSPECTION ☐ TRAINING ☐ VALIDATION

JOB DOCUMENTATION REQUIRED: ☐ DRAWINGS ☐ FILES

INSTRUCTIONS

## ACTION REPORT

CONDITIONS FOUND

check RTU 2 Floor.

SERVICES PERFORMED

① check Roof top unit belts adjust change

② check unit need to replace fan motor

③ Remove fan motor and contactor and capositor

④ Install new fan motor contactor and capacitor
Test unit is working no't problem.

RECOMMENDATIONS

This

☑ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| 1 | | FC 1156 F | Fand Motor |
| 1 | | I 44 375 A2 | contactor |
| 1 | | NON PCB S | capacitor |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| EMP. | MECHANIC | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (S.E.) |
|---|---|---|---|---|---|---|---|---|---|
| 105 | Antonio C | 8:00 | 5:00 | | | 2 | 1 | | |

CUSTOMER SIGNATURE: Faahn Futel  DATE

SIGNATURE: _____  DATE _____

Print Name: Antonio S   Print Name

OFFICE USE ONLY
INVOICE NUMBER

BILLED TO JOB NUMBER

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**
**AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax 347-235-4741

1646

Date 10 . 07 20

Contract ☐  Warranty ☐  P & L ☐

Play @ Playcare kidd LLC

36-36 33 Street
Long Island City                        NY 79108

| CONTROL EQUIPMENT | | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|---|---|
| ☐ ADD | ☐ HONEYWELL | ☐ TOUR & MISSION | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ AMERICAN AUTOMATION | ☐ JOHNSON | ☐ ELECTRIC-ELECTRONIC | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ BARBER/COLEMAN | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ HEAT TIMER | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | | ☐ PUMP | ☐ TRAINING |
| | ☐ TREND | ☐ PROGRAMMABLE LOGIC CONTROL | | | ☐ VALIDATOR |
| | ☐ TELETROL SYSTEMS | | | | |

## ACTION REPORT

**CONDITIONS FOUND**

Service.

**SERVICES PERFORMED**

① Get Service change Filters 2 VAF
and 3 Air Handle

② Cleaning cossette unt 8 whosing filters
Everything u Good.

**RECOMMENDATIONS**

Costumer need Filter HR 13

☐ COMPLETE  ☐ UPDATE DRAWINGS  ☐ UPDATE FILES  ☐ FOLLOW-UP REQUIRED  ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL TIME | EXPENSES | FARE | TOLLS/EZ |
|---|---|---|---|---|---|---|---|---|---|
| 1007 | Antonio G. | 1:30 | 5:90 | | | 2 | | | |
| | | | | | | | | | |

DATE 10 . 90

**CUSTOMER SIGNATURE** _____ DATE _____

Print Name Mike Zheng

SIGNATURE _____ Antonio G.

Print Name _____

OFFICE USE ONLY
INVOICE NUMBER _____

BILLED TO JOB NUMBER _____

White: Office Copy  Yellow: Job File Copy



**WHITESTONE AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

1775

Date: 09. 03. 20

Contract ☐  Warranty ☐  P & L ☐

| CUSTOMER ID: City View Plaza | PHONE | MANAGER |
| ADDRESS 36-36 33 Street | BUILDING | SUPER / CONTACT |
| CITY Long Island City | STATE  ZIP CODE | REQUESTED BY |

| CONTROL EQUIPMENT: | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
| ☐ ABCI | ☐ HONEYWELL | ☐ TOUR & ANDERSON | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC-ELECTRONIC | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ BARBER-COLEMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | | ☐ PUMP | ☐ TRAINING |
| ☐ HEAT-TIMER | ☐ SIEBE | ☐ PROGRAMMABLE LOGIC CONTROL | | ☐ | ☐ VALIDATION |
| | ☐ TELETROL SYSTEMS | | | | |

| JOB DOCUMENTATION REQUIRED | SYSTEM PHONE | MODEL & SERIAL NUMBER |
| ☐ DRAWINGS | | |
| ☐ FILES | | |
| INSTRUCTIONS | | |

## ACTION REPORT

**CONDITIONS FOUND**

RTU 5A not working.

**SERVICES PERFORMED**

① Roof top Unit 5A not working check
problem & not have power the fuse Bured
② change is working ③ The electric problem is fun
#2 need to reduce and Contuctor the unit is work
Temporal need to pices

**RECOMMENDATIONS**

You need to replace fun motor and Contector

☐ COMPLETE   ☑ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09 03 | Antonio G | 2.00 | 5:00 | | | | | | |
| | | | | | | | | | |

SIGNATURE _____  DATE 09-03  CUSTOMER SIGNATURE _____  DATE _____

Print Name  Antonio G     Print Name _____

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE**                                    1725

**WHITESTONE**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-5965 • Fax: 347-235-4741

Date 07. 13. 20

Contract ☐  Warranty ☐  P & L ☐

CUSTOMER: Round Hill Club
32 Round Hill Edward
Greenwich  CT 06831

**ACTION REPORT**

CONDITIONS FOUND:
Change unit

SERVICES PERFORMED:
① Remove the old unit and recovery freon
② Install new unit and test same leak
is good unit R407c
The unit is working. test good

RECOMMENDATIONS:

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

**PARTS BILLING INFORMATION**

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |
|      |      |              | ☐ CONTINUATION ON ADDITIONAL PAGES |

**LABOR BILLING INFORMATION**

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (E-Z) |
|------|-----------|-----------|----------|-----------|----------|-----------|----------|------|-------------|
| 07/10 | Antonio | 11:00 | 3:00 |  |  | 2 |  |  |  |
| 07/10 | Joe | 11:40 | 3:40 |  |  | 2 |  |  |  |

SIGNATURE _____   DATE 07.10.20   CUSTOMER SIGNATURE _____   DATE 7/3/20

Print Name _Antonio G_   Print Name _Ken Linnahan_

OFFICE USE ONLY
INVOICE NUMBER: _____

BILLED TO JOB NUMBER: _____

White: Office Copy   Yellow: Job File Copy

**WHITESTONE AIR**

0496

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-863-6985 • Fax: 347-235-4741

Date: 04.13.19

Contract ☐   Warranty ☐   P&L ☐

| CUSTOMER: Kitchen Pizza ID: | PHONE: | MANAGER: |
|---|---|---|
| ADDRESS: 2 Kirby Plaza | BUILDING: | SUPER / CONTACT: |
| CITY: Mount Kisco | STATE: NJ  ZIP CODE: 10549  REQUESTED BY: | |

| CONTROL EQUIPMENT | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|---|
| ☐ ABCI ☐ AMERICAN AUTOMATRIX ☐ ANDOVER ☐ BARBER COLEMAN ☐ HEAT-TIMER | ☐ HONEYWELL ☐ JOHNSON ☐ LANDIS & STAEFA ☐ NOVAR CONTROLS ☐ SIEBE ☐ TELETROL SYSTEMS | ☐ TOUR & ANDERSON ☐ ELECTRIC-ELECTRONIC ☐ PC-SOFTWARE ☐ PNEUMATIC ☐ PROGAMMABLE LOGIC CONTROL | ☐ ACCESS CONTROL ☐ SECURITY SYSTEM ☐ FIRE SYSTEM | ☐ AIR CONDITIONER ☐ BOILER ☐ CHILLER ☐ PUMP | ☐ CALIBRATION ☐ CONSULTATION ☐ INSPECTION ☐ TRAINING ☐ VALIDATION |
| JOB DOCUMENTATION REQUIRED: ☐ DRAWINGS ☐ FILES | | SYSTEM PHONE: | MODEL & SERIAL NUMBER: | |
| INSTRUCTIONS: | | | | |

## ACTION REPORT

CONDITIONS FOUND:

The unit have leack

SERVICES PERFORMED:

check the Leack the problem is close the drain
use nitrogeno fleshing is cleaning the unit is work
no't present any problem change the pt trap
check the filters is clean

RECOMMENDATIONS:

They need to install a new pan zize 5x5 and They need 8 grills
suply 14x14

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | Use Nitrogeno. |
| | | | Pur pipe coplyngs. |
| | | | P.track |

☐ CONTINUATION ON ADDITIONAL PAGES

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (E-Z) |
|---|---|---|---|---|---|---|---|---|---|
| 4-13 | Antonio Gutuma | 4:00 | 6:45 | | | 2 | | | |

SIGNATURE _____  DATE 04-13   CUSTOMER SIGNATURE _____  DATE _____

Print Name Antonio G.   Print Name _____

### OFFICE USE ONLY
INVOICE NUMBER _____

BILLED TO JOB NUMBER _____

White: Office Copy   Yellow: Job File Copy

1554

**WHITESTONE**
**AIR**

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 01. 20. 20

Contract ☐   Warranty ☐   P & L ☐

CUSTOMER: James Jordan
ADDRESS: 48 Wheeler Ave
CITY: Pleasantville
STATE: NY   ZIP CODE: 10570

REQUESTED BY

SECURITY/FIRE
☐ ACCESS CONTROL
☐ SECURITY SYSTEM
☐ FIRE SYSTEM

CONTROL EQUIPMENT:
☐ ASCI
☐ AMERICAN AUTOMATRIX
☐ ANDOVER
☐ BARBER/COLEMAN
☐ HEAT-TIMER
☐ HONEYWELL
☐ JOHNSON
☐ LANDIS & STAEFA
☐ NOVAR CONTROLS
☐ SIEBE
☐ TELETROL SYSTEMS

JOB DOCUMENTATION REQUIRED:
☐ DRAWINGS
☐ FILES
INSTRUCTIONS:

☐ TOUR & ANDERSON
☐ ELECTRIC-ELECTRONIC
☐ PC-SOFTWARE
☐ PNEUMATIC
☐ PROGAMMABLE LOGIC CONTROL

MECHANICAL EQUIPMENT
☐ AIR CONDITIONER
☐ BOILER
☐ CHILLER
☐ PUMP

OTHER SERVICES
☐ CALIBRATION
☐ CONSULTATION
☐ INSPECTION
☐ TRAINING
☐ VALIDATION

SYSTEM PHONE

MODEL & SERIAL NUMBER

## ACTION REPORT

CONDITIONS FOUND
Move the freon lines

SERVICES PERFORMED
Remove freon Line 3 floor unit and
Remove Thermostat wire all is done
test the unit is working not problem cooling
and heating.

RECOMMENDATIONS

☐ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

## PARTS BILLING INFORMATION

| QTY: | MFG: | PART NUMBER: | DESCRIPTION: |
|------|------|--------------|--------------|
|      |      |              |              |
|      |      |              |              |
|      |      |              |              |

☐ CONTINUATION ON ADDITIONAL PAGES

## LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PARK | TOLLS (IP-3) |
|------|------------|------------|----------|-----------|----------|------------|----------|------|--------------|
| 0120 | Antonio G | 8:00 | 530 |  |  | 2 |  |  |  |
|      |            |            |          |           |          |            |          |      |              |
|      |            |            |          |           |          |            |          |      |              |

SIGNATURE _____ DATE 01 20
Print Name: Antonio G

CUSTOMER SIGNATURE _____ DATE 1/20
Print Name: James Jordan

OFFICE USE ONLY
BILLED TO JOB NUMBER _____   INVOICE NUMBER: _____

White: Office Copy   Yellow: Job File Copy

WHITESTONE
AIR

0467

149-44 15th Drive
Whitestone, NY 11357
Tel: 718-869-6965 • Fax: 347-235-4741

Date: 22.21.29

Contract ☐   Warranty ☐   P & L ☐

| CUSTOMER | PHONE | MANAGER |
|---|---|---|
| Beauty bar. | | |
| ADDRESS 9866 Francis Lewis Blvd. | BUILDING | SUPER / CONTACT |
| CITY Flushing | STATE NJ  ZIP CODE 11358 | REQUESTED BY |

| CONTROL EQUIPMENT | | | SECURITY/FIRE | MECHANICAL EQUIPMENT | OTHER SERVICES |
|---|---|---|---|---|---|
| ☐ ABC | ☐ HONEYWELL | ☐ TOUR & ANDERSON | ☐ ACCESS CONTROL | ☐ AIR CONDITIONER | ☐ CALIBRATION |
| ☐ AMERICAN AUTOMATRIX | ☐ JOHNSON | ☐ ELECTRIC ELECTRONIC | ☐ SECURITY SYSTEM | ☐ BOILER | ☐ CONSULTATION |
| ☐ ANDOVER | ☐ LANDIS & STAEFA | ☐ PC-SOFTWARE | ☐ FIRE SYSTEM | ☐ CHILLER | ☐ INSPECTION |
| ☐ BARNEYCOLEMAN | ☐ NOVAR CONTROLS | ☐ PNEUMATIC | | ☐ PUMP | ☐ TRAINING |
| ☐ HEATTRON | ☐ SIEBE | ☐ PROGRAMABLE LOGIC CONTROL | | ☐ | ☐ VALIDATION |
| | ☐ TELETROL SYSTEMS | | | | |

| JOB DOCUMENTATION REQUIRED | SYSTEM PHONE | MODEL & SERIAL NUMBER |
|---|---|---|
| ☐ DRAWINGS | | |
| ☐ FILES | | |
| INSTRUCTIONS | | |

## ACTION REPORT

**CONDITIONS FOUND**

Leack the units.

**SERVICES PERFORMED**

check the leack 3 units the problemen is
the drain pipe we replaced 3 line for new
PUC pip. test is ok and. washing Filtes.
cleaning the units

**RECOMMENDATIONS**

cleaning more frecuencie. to dirty the Filters.
is closse

☑ COMPLETE   ☐ UPDATE DRAWINGS   ☐ UPDATE FILES   ☐ FOLLOW-UP REQUIRED   ☐ CONTINUATION

### PARTS BILLING INFORMATION

| QTY | MFG: | PART NUMBER: | DESCRIPTION: |
|---|---|---|---|
| | | | 7   PVC   pipe  1/2 |
| 12 | | | 90°   12 |
| 12 | | | 45°   4     ☐ CONTINUATION ON ADDITIONAL PAGES |

### LABOR BILLING INFORMATION

| DATE | TECHNICIAN | START TIME | END TIME | REG HOURS | OT HOURS | TRAVEL HRS | EXPENSES | PAPA | TOLLS/GAS |
|---|---|---|---|---|---|---|---|---|---|
| 02.21 | Antonio Gutama | 10:00 | 5:30 | | | 2 | ✓ | ✓ | |

SIGNATURE _____ DATE 02 21
Print Name  Antonio G.

CUSTOMER SIGNATURE _____ DATE
Print Name  Kenia Athanasakis

OFFICE USE ONLY
INVOICE NUMBER
White: Office Copy   Yellow: Job File Copy

BILLED TO JOB NUMBER