# EXHIBIT "I"

07-Mar-23

Starting

06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 009670004266  Posting date 11-Jun-18  Amount 772.67




next pay increase

07-Mar-23                                                                06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 002670149643  Posting date 20-May-19  Amount 845.00



next pay increase

07-Mar-23                                                                                          06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 009180119318  Posting date 10-Sep-19  Amount 900.00

WHITESTONE AIR INC.
149-44 15TH DRIVE
WHITESTONE, NY 11357

60-7269/2313                                    1042

DATE 09/09/19

PAY TO THE ORDER OF  ANIBAL GUTAMA          $ 900—

Nine Hundred                                DOLLARS

Santander
Santander Bank, N.A.

MEMO 9/2 → 9/6/19

⑆231372691⑆     5371104798⑆ 1042

*next pay increase not more rent van*

07-Mar-23                                                                                          06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 006090945524  Posting date 28-Sep-21  Amount 2000.00



MIKE M TEGERIDES
4202 MARATHON PKWY 3
LITTLE NECK, NY 11363

147
1-7100/2260
3

9-27-2021

Pay to the Order of: Anibal Gutama    $ 2000.00
two thousand dollars

New York Community Bank
Member FDIC

For: P. Sept 13-24

⑆226071004⑆ 60990253825 2⑈0147

07-Mar-23 06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 009590627656  Posting date 08-Dec-21  Amount 1350.00

```
WHITESTONE AIR INC                                    1153
14044 15TH DR
WHITESTONE NY 11357-2534
                                      DATE 12-06-2021

PAY TO THE ORDER OF  ANIBAL GUTAMA              $1,350 00/xx

ONE THOUSAND THREE HUNDRED FIFTY —    DOLLARS

BANK OF AMERICA
ACH R/T 021000322
FOR  PAYROLL + PARKING         Konstantina Biscardi

⑈0011530⑈ ⑇021000322⑇ 483082333943⑈
```

Last payroll and Expenses.

07-Mar-23                                                                06Mar23-938

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G06Mar23-938**
Sequence number 008490734149   Posting date 02-Nov-22   Amount 2731.00

WHITESTONE AIR INC
14944 16TH DR
WHITESTONE NY 11357-2534

1252

DATE 10/19/2022

PAY TO THE ORDER OF  ANIBAL GUTAMA    $2,731.00/xx

Two Thousand Seven Hundred Thirty One 00/100 DOLLARS

BANK OF AMERICA
ACH R/T 021000322

FOR Payroll & Expenses

Konstantina Biscardi

⑈001252⑈ ⑆021000322⑆ 483082333943⑈

