# EXHIBIT "J"

## W-2 Wage and Tax Statement — 2019 (Copy B - Federal)

| Box | Field | Value |
|---|---|---|
| b | Employer identification no. (EIN) | 47-1990469 |
| c | Employer's name, address, and ZIP code | WHITESTONE AIR INC, 149-44 15TH DRIVE, WHITESTONE, NY 11357 |
| e | Employee's name, address, and ZIP code | ANIBAL A GUTAMA, 5919 4TH AVENUE 33R, BROOKLYN, NY 11220 |
| 1 | Wages, tips, other compensation | 49920.00 |
| 2 | Federal income tax withheld | 672.00 |
| 3 | Social security wages | 49920.00 |
| 4 | Social security tax withheld | 3095.04 |
| 5 | Medicare wages and tips | 49920.00 |
| 6 | Medicare tax withheld | 723.84 |
| 15 | State / Employer's state I.D. no. | NY / 471990469 |
| 16 | State wages, tips, etc. | 49920.00 |
| 17 | State income tax | 428.00 |
| 18 | Local wages, tips, etc. | 49920.00 |
| 19 | Local income tax | 216.00 |
| 20 | Locality name | NYC |

Form W-2 Wage and Tax Statement
This information is being furnished to the Internal Revenue Service.

## W-2 Wage and Tax Statement — 2019 (Copy 2 - State/City/Local)

Same figures as above: EIN 47-1990469; WHITESTONE AIR INC, 149-44 15TH DRIVE, WHITESTONE, NY 11357; ANIBAL A GUTAMA, 5919 4TH AVENUE 33R, BROOKLYN, NY 11220; Box 1: 49920.00; Box 2: 672.00; Box 3: 49920.00; Box 4: 3095.04; Box 5: 49920.00; Box 6: 723.84; State NY 471990469; Box 16: 49920.00; Box 17: 428.00; Box 18: 49920.00; Box 19: 216.00; Box 20: NYC.

Form W-2 Wage and Tax Statement

## W-2 Wage and Tax Statement — 2019 (Copy C - Employee's Records)

Same figures as above: EIN 47-1990469; WHITESTONE AIR INC, 149-44 15TH DRIVE, WHITESTONE, NY 11357; ANIBAL A GUTAMA, 5919 4TH AVENUE 33R, BROOKLYN, NY 11220; Box 1: 49920.00; Box 2: 672.00; Box 3: 49920.00; Box 4: 3095.04; Box 5: 49920.00; Box 6: 723.84; State NY 471990469; Box 16: 49920.00; Box 17: 428.00; Box 18: 49920.00; Box 19: 216.00; Box 20: NYC.

If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Form W-2 Wage and Tax Statement

## Copy B—To Be Filed With Employee's FEDERAL Tax Return (2020)

| Box | Field | Value |
|---|---|---|
| b | Employer identification no. (EIN) | 47-1990469 |
| c | Employer's name, address, and ZIP code | ...NE AIR INC / ...4 15TH DRIVE / ...ITESTONE, NY 11357 |
| 1 | Wages, tips, other compensation | 49920.00 |
| 2 | Federal income tax withheld | 672.00 |
| 3 | Social security wages | 49920.00 |
| 4 | Social security tax withheld | 3095.04 |
| 5 | Medicare wages and tips | 49920.00 |
| 6 | Medicare tax withheld | 723.84 |
| e | Employee's name, address, and ZIP code | ANIBAL A GUTAMA / 5919 4TH AVENUE 33R / BROOKLYN, NY 11220 |
| 15 | State / Employer's state I.D. no. | NY / 471990469 |
| 16 | State wages, tips, etc. | 49920.00 |
| 17 | State income tax | 428.00 |
| 18 | Local wages, tips, etc. | 49920.00 |
| 19 | Local income tax | 216.00 |
| 20 | Locality name | NYC |

Form **W-2 Wage and Tax Statement**
This information is being furnished to the Internal Revenue Service.
Department of the Treasury — Internal Revenue Service
OMB No. 1545-0008

## Copy 2—To Be Filed With Employee's State, City, or Local Tax Return (2020)

| Box | Field | Value |
|---|---|---|
| b | Employer identification no. (EIN) | 47-1990469 |
| c | Employer's name, address, and ZIP code | WHITESTONE AIR INC / 149-44 15TH DRIVE / WHITESTONE, NY 11357 |
| 1 | Wages, tips, other compensation | 49920.00 |
| 2 | Federal income tax withheld | 672.00 |
| 3 | Social security wages | 49920.00 |
| 4 | Social security tax withheld | 3095.04 |
| 5 | Medicare wages and tips | 49920.00 |
| 6 | Medicare tax withheld | 723.84 |
| e | Employee's name, address, and ZIP code | ANIBAL A GUTAMA / 5919 4TH AVENUE 33R / BROOKLYN, NY 11220 |
| 15 | State / Employer's state I.D. no. | NY / 471990469 |
| 16 | State wages, tips, etc. | 49920.00 |
| 17 | State income tax | 428.00 |
| 18 | Local wages, tips, etc. | 49920.00 |
| 19 | Local income tax | 216.00 |
| 20 | Locality name | NYC |

Form **W-2 Wage and Tax Statement**
Department of the Treasury — Internal Revenue Service

## Copy C—For EMPLOYEE'S RECORDS (2020)
(See Notice to Employee on the back of Copy B.)

| Box | Field | Value |
|---|---|---|
| b | Employer identification no. (EIN) | 47-1990469 |
| c | Employer's name, address, and ZIP code | WHITESTONE AIR INC / 149-44 15TH DRIVE / WHITESTONE, NY 11357 |
| 1 | Wages, tips, other compensation | 49920.00 |
| 2 | Federal income tax withheld | 672.00 |
| 3 | Social security wages | 49920.00 |
| 4 | Social security tax withheld | 3095.04 |
| 5 | Medicare wages and tips | 49920.00 |
| 6 | Medicare tax withheld | 723.84 |
| e | Employee's name, address, and ZIP code | ANIBAL A GUTAMA / 5919 4TH AVENUE 33R / BROOKLYN, NY 11220 |
| 15 | State / Employer's state I.D. no. | NY / 471990469 |
| 16 | State wages, tips, etc. | 49920.00 |
| 17 | State income tax | 428.00 |
| 18 | Local wages, tips, etc. | 49920.00 |
| 19 | Local income tax | 216.00 |
| 20 | Locality name | NYC |

OMB No. 1545-0008

## W-2 Wage and Tax Statement (Copies)

**Employer:** WHITESTONE AIR, INC
149-44 15TH DRIVE
WHITESTONE, NY 11357

**Employee:** ANIBAL A GUTAMA
5919 4TH AVENUE
BROOKLYN, NY 11220

**Employer EIN:** 47-1990469

| Box | Amount |
|---|---|
| 1 Wages, tips, other compensation | 64500.00 |
| 2 Federal income tax withheld | 4493.50 |
| 3 Social security wages | 64500.00 |
| 4 Social security tax withheld | 3999.00 |
| 5 Medicare wages and tips | 64500.00 |
| 6 Medicare tax withheld | 935.25 |
| 14 Other — SDI | 0.00 |
| 15 State | NY |
| 16 State wages, tips, etc. | 64500.00 |
| 17 State income tax | 3290.36 |
| 18 Local wages, tips, etc. | 64500.00 |
| 19 Local income tax | 2306.09 |
| 20 Locality name | NYC |

Form W-2 Wage and Tax Statement — 2021 — OMB No. 1545-0008
Department of the Treasury — Internal Revenue Service

Copy 2 — To Be Filed With Employee's State, City, or Local Income Tax Return

(Three additional identical W-2 copies appear on this page with the same employer, employee, and amounts as above.)

REV 01/27/23 PRO

Department of Taxation and Finance

# Summary of W-2 Statements

New York State • New York City • Yonkers

**IT-2**



Do not detach or separate the W-2 Records below. File Form IT-2 as an entire page with your return. See instructions on the back.

## W-2 Record 1

**Box a** Employee's Social Security number for this W-2 Record: 

**Box b** Employer identification number (EIN): 471990469

**Box c Employer's information**
- Employer's name: WHITESTONE AIR, INC.
- Employer's address (number and street): 149-44 15TH DRIVE
- City: WHITESTONE
- State: NY
- ZIP code: 11357
- Country:

**Box 1** Wages, tips, other compensation: 57058.00
**Box 8** Allocated tips: .00
**Box 10** Dependent care benefits: .00
**Box 11** Nonqualified plans: .00

**Box 12a** Amount: .00   Code:
**Box 12b** Amount: .00   Code:
**Box 12c** Amount: .00   Code:
**Box 12d** Amount: .00   Code:

**Box 14a** Amount: .00   Description:
**Box 14b** Amount: .00   Description:
**Box 14c** Amount: .00   Description:
**Box 14d** Amount: .00   Description:

**Box 13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

Corrected (W-2c) ☐

**NY State information:**
- **Box 15a** NY State: NY
- **Box 16a** NYS wages, tips, etc.: 57058.00
- **Box 17a** NYS income tax withheld: 2910.00

**Other state information:**
- **Box 15b** other state:
- **Box 16b** Other state wages, tips, etc.: .00
- **Box 17b** Other state income tax withheld: .00

**NYC and Yonkers information** (see instr.):
- **Box 18** Local wages, tips, etc.: Locality a: 57.00  Locality b: .00
- **Box 19** Local income tax withheld: Locality a: 2040.00  Locality b: .00
- **Box 20** Locality name: Locality a: NYC  Locality b:

## W-2 Record 2

Do not detach.

**Box a** Employee's Social Security number for this W-2 Record:

**Box b** Employer identification number (EIN):

**Box c Employer's information**
- Employer's name:
- Employer's address (number and street):
- City:  State:  ZIP code:  Country:

**Box 1** Wages, tips, other compensation: .00
**Box 8** Allocated tips: .00
**Box 10** Dependent care benefits: .00
**Box 11** Nonqualified plans: .00

**Box 12a** Amount: .00   Code:
**Box 12b** Amount: .00   Code:
**Box 12c** Amount: .00   Code:
**Box 12d** Amount: .00   Code:

**Box 14a** Amount: .00   Description:
**Box 14b** Amount: .00   Description:
**Box 14c** Amount: .00   Description:
**Box 14d** Amount: .00   Description:

**Box 13** Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐

Corrected (W-2c) ☐

**NY State information:**
- **Box 15a** NY State: NY
- **Box 16a** NYS wages, tips, etc.: .00
- **Box 17a** NYS income tax withheld: .00

**Other state information:**
- **Box 15b** other state:
- **Box 16b** Other state wages, tips, etc.: .00
- **Box 17b** Other state income tax withheld: .00

**NYC and Yonkers information** (see instr.):
- **Box 18** Local wages, tips, etc.: Locality a: .00  Locality b: .00
- **Box 19** Local income tax withheld: Locality a: .00  Locality b: .00
- **Box 20** Locality name: Locality a:  Locality b:

NO HANDWRITTEN ENTRIES ON THIS FORM



102001223555

