Konstantina Biscardi
Michael Tegerides
Whitestone Air Inc.
149-44 15th drive
Whitestone, NY 11357
718-869-6965
Date: May 8, 2025

VIA ECF

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Gutama v. Whitestone Air Inc.
Eastern District Case No.: 23-cv-02802-ENV-PK

Dear Magistrate Kuo,

Regarding the captioned case we want to make you aware that all my personal checking and saving funds were taken from my account. The amount equates over $74000.00. I have no funds for daily living expenses and to pay attorney fees for representation.

Please have the courtesy to release my funds that were taken to enable us to function and pay counsel to represent this case.

Should you need any additional information to consider this request, we will promptly provide.

Thank you for your time and courtesies.


Sincerely,

Konstantina Biscardi