# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

January 19, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    **<u>Gutama v. Whitestone Air, Inc., *et al.*</u>**
              **<u>Case No.: 1:23-cv-2802 (ENV) (PK)</u>**

Dear Judge Kuo:

      This office represents the Defendants in the above referenced case pending the determination of Sage Legal LLC's ("Sage") motion to withdraw. Sage writes to respectfully request that its motion to withdraw as counsel be withdrawn because Defendants have complied with the terms of its retainer agreement with Sage.

      Sage thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
         January 19, 2026                        Respectfully submitted,

                                                           **SAGE LEGAL LLC**

                                                           *<u>/s/ Emanuel Kataev, Esq.</u>*
                                                           Emanuel Kataev, Esq.
                                                           18211 Jamaica Avenue
                                                           Jamaica, NY 11423-2327
                                                           (718) 412-2421 (office)
                                                           (917) 807-7819 (cellular)
                                                           (718) 489-4155 (facsimile)
                                                           emanuel@sagelegal.nyc

                                                           *Attorneys for Defendants*
                                                           *Whitestone Air Inc.,*
                                                           *Konstantina Biscardi, and*
                                                           *Michael Tegerides*

**<u>VIA ECF</u>**
All counsel of record