# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 13, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re*:    **Gutama v. Whitestone Air, Inc.,** *et al.*
              **Case No.: 1:23-cv-2802 (ENV) (PK)**

Dear Judge Kuo:

      This office represents the Defendants in the above referenced case. Defendants write to respectfully request that this Court sign their proposed Order to show cause[1] at ECF Docket Entry 25 so that they may avail themselves of relief from same pending the determination and/or hearing of Defendants' motion to vacate the default judgment. Defendants are in dire financial straits due to the exacting burdens of Plaintiff's judgment enforcement actions when they respectfully submit that the default judgment should be vacated.

      The Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
        March 13, 2026                          Respectfully submitted,

                                                           **SAGE LEGAL LLC**

                                                           */s/ Emanuel Kataev, Esq.*
                                                           Emanuel Kataev, Esq.
                                                           18211 Jamaica Avenue
                                                           Jamaica, NY 11423-2327
                                                           (718) 412-2421 (office)
                                                           (917) 807-7819 (cellular)
                                                           (718) 489-4155 (facsimile)
                                                           emanuel@sagelegal.nyc

                                                           *Attorneys for Defendants*
                                                           *Whitestone Air Inc.,*
                                                           *Konstantina Biscardi, and*
                                                           *Michael Tegerides*

**VIA ECF**
All counsel of record

---

[1] The Hon. Eric N. Vitaliano, U.S.D.J. issued an Order referring the Order to show cause to this Court. <u>See</u> Text Only Order dated April 23, 2025. The motion remains *sub judice*.