# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

**VIA ECF**  March 13, 2026
Hon. Judge Peggy Kuo
United States Magistrate Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    23-cv-02802-ENV-PK; Gutama v. Whitestone Air Inc. et al (EDNY)

Dear Judge Kuo:

    This firm and the Law Offices of Yale Pollack represent the Plaintiff in the above-referenced action. We write in opposition to Defendants' request for the Court to issue the Order to Show Cause at Docket No. 25 (the OTSC").

    Defendants' implication that the OTSC was never addressed is misleading and inaccurate. The Court clearly addressed the OTSC on April 4, 2025 when it construed the OTSC as a motion to vacate and allowed the parties to brief it (April 4, 2025 Order). That motion is currently pending. Defendants continue to attempt to get the Court to order Plaintiff to return the funds at issue, which would be severely prejudicial to Plaintiff.[1] Plaintiff briefed this issue at Docket No. 45 the last time Defendants tried this. The Court denied that attempt and should deny this one as well.

    Respectfully,

    /s/ Jesse S. Barton
    Jesse S. Barton

---

[1] The OTSC includes extraordinary and unfair relief such as vacating all restraints and returning all funds while Defendants' motion is pending.