UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANIBAL GUTAMA,

                **Plaintiff,**

      **-against-**

WHITESTONE AIR INC., KONSTANTINA
BISCARDI a/k/a KONSTANTINA TEGERIDES,
and MICHAEL TEGRERIDES,

                **Defendants.**
-----------------------------------------------------------------X

**Case No.: 1:23-cv-2802 (ENV) (PK)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that pursuant to Rule 72(b) of the Federal Rules of Civil Procedures (hereinafter "Rules" or "Rule") and the Memorandum of Law in Support, and all the papers and pleadings in this case, Defendants will respectfully move this Court before the Hon. Eric N. Vitaliano, U.S.D.J., on a date and time to be determined by the Court, for an Order setting aside the Hon. Peggy Kuo, U.S.M.J.'s Report and Recommendation, dated April 3, 2026, denying the Defendants' motion to vacate the default judgment, as well as for such other and further relief as this honorable Court deems just, equitable, and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, opposition papers must be filed by Friday, May 1, 2026, and reply papers must be filed by Friday, May 8, 2025, unless otherwise ordered by this Court.

Dated: Jamaica, New York
      April 17, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
  */s/ Emanuel Kataev, Esq.*_____
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Whitestone Air, Inc.*
*Konstantina Biscardi, and*
*Michael Tegerides*

**VIA ECF**
All counsel of record