**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

May 8, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

***Re:*** **Gutama v. Whitestone Air, Inc., *et al.***
**Case No.: 1:23-cv-2802 (ENV) (PK)**

Dear Judge Vitaliano:

This office represents the Defendants in the above referenced case. Defendants write to respectfully request a one (1) week extension of time of filing a reply memorandum of law in further support of their motion to set aside the April 3, 2026 Report and Recommendation issued by the Hon. Peggy Kuo, U.S.M.J. at ECF Docket Entry 48.

Consistent with § I(H) of this Court's Individual Motion Practice and Rules ("Individual Rules"), Defendants respectfully submit as follows:

(i) the original deadline falls on today's date, May 8, 2026;

(ii-iii) there have been no previous requests for an extension of this deadline;

(iv) the reason sought for the extension is because your undersigned is required to attend an impromptu meeting in his role as General Counsel for another client which prevents your undersigned from timely filing a reply memorandum of law today; and

(v) the adversary does not consent on the ground that Rule 72(b) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") does not permit reply on motions to set aside a magistrate judge's report and recommendation. However, Defendants' reading of Rule 72 does not provide any such proscription. Moreover, this Court would benefit from Defendants' responses to Plaintiff's arguments in opposition so that a decision on the merits may be reached.

Accordingly, Defendants respectfully submit that this Court should exercise its discretion pursuant to Rule 6 in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1(B).[1]

[1] The Individual Rules require such motions to be made two (2) business days in advance. However, Rule 6 permits a court to grant an extension of time where there exists good cause and excusable neglect. Defendants respectfully submit both are established here based on your undersigned's required duties in another matter that only surfaced late yesterday evening.

Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
May 8, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Whitestone Air Inc.,*
*Konstantina Biscardi, and*
*Michael Tegerides*

**VIA ECF**
All counsel of record