UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
ANIBAL GUTAMA,

Plaintiff,

-against-

WHITESTONE AIR INC., KONSTANTINA BISCARDI a/k/a KONSTANTINA TEGERIDES, and MICHAEL TEGERIDES,

Defendants.
---------------------------------------------------------------------------X

Civil Action No.: 23-CV-2802-ENV-PK

**CONSENT TO**
**CHANGE ATTORNEYS**

**IT IS HEREBY CONSENTED THAT** Rosenberg Fortuna Filosa & Laitman, LLP, be substituted as attorneys of record for plaintiff, ANIBAL GUTAMA, in the above-entitled action in the place and stead of Law Offices of Yale Pollack, P.C. as of the date hereof. This consent to change attorney may be executed electronically and in counterparts and each counterpart when taken together shall constitute an original.

ANIBAL GUTAMA
Date:

Dated: September 3, 2026

**LAW OFFICES OF YALE POLLACK, P.C.**

By: */s/Yale Pollack*
Yale Pollack, Esq.
17 Joyce Court
Woodbury, New York 11797
(516) 634-6340
*Outgoing Counsel*

**ROSENBERG FORTUNA FILOSA & LAITMAN, LLP**

By: */s/Yale Pollack*
Yale Pollack, Esq.
666 Old Country Road, Suite 810
Garden City, New York 11530
(516) 228-6666
*Incoming Counsel*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/10/2026

*/s/ Eric N. Vitaliano*
**Eric N. Vitaliano**
**United States District Judge**