UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANIBAL GUTAMA,

Plaintiff,

-against-

WHITESTONE AIR INC., KONSTANTINA BISCARDI a/k/a KONSTANTINA TEGERIDES, and MICHAEL TEGERIDES,

Defendants.
-----------------------------------------------------------------------X

Civil Action No.:
23-cv-02802-ENV-PK

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney of record for Plaintiff Anibal Gutama hereby provides notice of a change of firm affiliation, office address, telephone number, and email address.

Effective immediately, all future notices, pleadings, orders, and correspondence in this action should be directed to the following new contact information:

**New Firm Name:** Rosenberg Fortuna Filosa & Laitman, LLP

**New Office Address:** 666 Old Country Road, Suite 810, Garden City, New York 11530

**New Telephone:** 516-228-6666

**New E-mail Address:** yale@rosenbergfortuna.com

For the record, the prior contact information associated with the undersigned in this matter was: Law Offices of Yale Pollack, P.C., 17 Joyce Court, Woodbury, New York 11797.

Dated: September 11, 2026
Garden City, New York

Respectfully Submitted,
**Rosenberg Fortuna Filosa & Laitman, LLP**

**By:** */s/ Yale Pollack*
Yale Pollack, Esq.
666 Old Country Road, Suite 810
Garden City, New York 11530
516-228-6666
yale@rosenbergfortuna.com