**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

ANIBAL GUTAMA,

Plaintiff,

-against-

Case No.: 1:23-cv-02802 (ENV) (PK)

WHITESTONE AIR INC., KONSTANTINA BISCARDI a/k/a KONSTANTINA TEGERIDES, and MICHAEL TEGERIDES,

Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEAL**

Notice is hereby respectfully given that Defendants Konstantina Biscardi a/k/a Konstantina Tegerides and Michael Tegerides, defendants in the above-captioned case, appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order of the Honorable Eric N. Vitaliano, U.S.D.J., entered on September 3, 2026 (ECF Docket Entry 53), and from each and every part thereof adverse to them, including the denial of their motion to vacate the default judgment entered against them.

Dated: Jamaica, New York
September 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Konstantina Biscardi a/k/a Konstantina Tegerides*
*and Michael Tegerides*

**VIA ECF**
All counsel of record